THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 11, 2014



_____
Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:   
William J. Foley,   
             Debtor.

Chapter 13   
Case No. 14−31425−pp

## ORDER: POSSIBLE FUTURE DISMISSAL OF CASE

    Bankruptcy Code § 521(a) requires debtor to file certain information. Bankruptcy Rule 1007 sets a time limit for these documents of 14 days from the filing of the petition. If the debtor does not file completed documents within 14 days, and does not file a written request to extend this deadline, the U.S. Trustee may ask the Court to dismiss the case. The 14−day deadline in this case is September 24, 2014. The Court will decide whether any extension will be granted or denied.

    Bankruptcy Rule 3015 requires Chapter 13 debtors to file a **Chapter 13 Plan** within 14 days of the date of the petition, unless the Court grants a written motion to extend the deadline. The Clerk has determined that a Chapter 13 Plan has not been filed. If the Chapter 13 Plan is not filed within the 14 day deadline, and if the Court has not been asked to extend this time, **the Court WILL dismiss this case.**

    The Clerk has determined that the debtor in this case has also failed to file or failed to complete the following required documents:

- **Form B 6 Schedules (A−J and Declaration)**
- **Statement of Financial Affairs**
- **Form B22C Current Monthly Income**
- **Summary of Schedules**
- **Statistical Summary**

    **Additional deadlines apply and may result in "automatic dismissal" of this case.** You should discuss this Order with your bankruptcy attorney. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information about the Bankruptcy Help Desk for those who do not have an attorney.

####