UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARC RASSBACH, <br><br> Creditor <br><br> William Foley <br><br> Debtor | Case No.: 14-31425-PP <br><br> Motion for varying motions submitted to be heard under Rule 2018. |

Creditor Marc Rassbach appears before Most Honorable Chief Judge Pamela Pepper and asks the Court under Section a of Rule 2018 for permission due to the causes shown to permit intervention.

As Creditor Marc Rassbach understands the processes of the Bankruptcy court the Creditor's representative to this Court is the US Trustee. Due to the seriousness of the matter and in no attempt to be arrogant or abusive the submitted affidavits and resulting motions seek to be given due consideration and Creditor Marc Rassbach does not believe the time the US Trustee has to give the case would result in such motions be brought or the minutia of facts to be brought before the Court for Examination.

- 1 -
Motion for rule 2018 to allow MR pleadings.

The documents requested to be admitted under Rule 2018 are as follows:

Motion under title 11 Chapter 1 section 105(a) for the Court to make a determination of non-dischargability due to abuse of process by William Foley

Motion under Title 11 Chapter 1 section 105(a) for the Court to examine into the abuse of process of Debtor William Foley

Creditor Marc Rassbach therefor requests The Court to Grant him the boon of having the above two motions accepted under Rule 2018 to then be ruled upon.

DATED: September 19, 2014

_____
MARC RASSBACH
Creditor

- 2 -
Motion for rule 2018 to allow MR pleadings.