UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

William J. Foley,                                   Case No. 14-31425
        Debtor                                Chapter 13

### NOTICE OF MOTION OF WATERCREST INVESTMENTS
### FOR RELIEF FROM AUTOMATIC STAY

    Watercrest Investments, landlord of the debtor, has filed papers with the court to obtain relief from automatic stay.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **within twenty (20) days of the date of this notice**, you or your attorney must do the following:

File with the court a written objection to the motion and a request for a hearing with:

                Office of the Clerk of Court
                Ms. Janet Medlock
                Clerk, U.S. Bankruptcy Court
                517 East Wisconsin Avenue
                Milwaukee, WI 53202

If you mail your request and objection to the court for filing, you must mail it early enough so that the court receives it within 20 days of the date of this notice.

You must also mail copies of the written objection for a hearing to:

Robert N. Meyeroff, S.C.
633 West Wisconsin Avenue, Suite 605
Milwaukee, WI 53203

Mary B. Grossman
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date this 24th of September, 2014.

      **By:**    **ROBERT N. MEYEROFF**

      *s/Robert N. Meyeroff*
      Attorney for Movant
      SBN: 01014246

P.O.Address:

633 W. Wisconsin Avenue
Suite 605
Milwaukee, WI 53203
PH:    414/276-8404
Fax:    414/276-1130

-2-