UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

William J. Foley,                                Case No. 14-31425
        Debtor                             Chapter 13

## AFFIDAVIT OF SERVICE

_____The undersigned, being first duly sworn on oath, deposes and says that she is over 18 years of age and is not a party to the within action; that on September _____, 2014, the undersigned electronically filed the annexed Notice of Motion and Motion for Relief From Automatic Stay and that copies of these documents were deposited in the U.S. Mail, with proper postage attached for first class mail, to the following:

William J. Foley
1962 North Prospect Avenue
Apartment 701
Milwaukee, WI 53202

    *s/Debra Moran*
    DEBRA MORAN

Subscribed and sworn to before me

this _____ day of September, 2014.

_____
Notary Public, State of Wisconsin
My Commission is permanent.