

UNITED STATES BANKRUPTCY COURT

CHAMBERS OF
PAMELA PEPPER
CHIEF U.S. BANKRUPTCY JUDGE

FEDERAL COURTHOUSE
517 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
TEL. (414) 290-2650

September 29, 2014

William J. Foley
1961 N. Summit Avenue
Milwaukee, WI 53202

    Re:    **In re Case No. 14-31425-pp, William J. Foley**

Dear Mr. Foley:

Today we received a fax from you regarding your case. On September 29, 2014, you sent several documents to the bankruptcy court by facsimile. Local Rule 5005.2 prohibits filing documents by facsimile. If you wish to file documents with the bankruptcy court, you must either file them in person or submit them by U.S. mail. The court will take no action on the documents you sent by facsimile.

Very truly yours,

Hon. Pamela Pepper
Chief, United States Bankruptcy Court

FILED 2014 SEP 29 PM 3:38 US BANKRUPTCY COURT EASTERN DISTRICT OF WI