FILED

2014 OCT -1 PM 3: 20

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN ___DIVISION
www.wied.uscourts.gov
In re: Case No. 14-31425 Chapter 13
Debtor. ___WILLIAM JOHN FOLEY_____/ In re:
William John Foley
Debtor. _____/ Plaintiff, Pro Se

## Motion For Additional Time to File Schedules

Due to extenuating circumstances beyond the control of the Debtor, in particular, the Violation of the Automatic Stay, Debtor has not had access to Debtor's records on his computer. Debtor prays that the Court will Order an Expedited Hearing on the Violation of 362, so that Debtor will have the ability to be in compliance with the Rules.

This was submitted by Debtor on September 29th, 2014.

Dated _OCTOBER 1, 2014_

Respectfully submitted,

_____
William J. Foley,  Pro Se