FILED
2014 OCT -1 PM 3:20
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

William J Foley
14-31425
Judge Pepper

Assistant U.S. Trustee David W. Asbach
Office of the U.S. Trustee
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202
FAX 414-297-4478


RE: Requested Affidavit


Mr. Asbach,

I am faxing you the affidavit of CPA Paul Lundsten regarding the perjurious recitations made by Christan Kramer in his personal bankruptcy case in 2009. I had delivered a copy to your offices this past April, Attention: Ms. Amy Ginsberg, but heard nothing subsequently.

I would appreciate your receipt of the exhibit and would hope that you might hasten the investigation of Lundsten's claims, as it will be important in motions my attorney will be making in my current Chapter 13 case.

Thank you for your attention and delegation of this matter.



Sincerely,



William J Foley


cc: Milwaukee FBI Offices
    FAX 414-291-2400

STATE OF WISCONSIN   :   CIRCUIT COURT   :   MILWAUKEE COUNTY

---

SANDWICH KINGS, LLC,

      Plaintiff,

Case Code 30405

v.

~~Case No. 13-CV-002944~~
14-31425

BLUEMOUND SANDWICH KINGS, INC.,
WILLIAM J. FOLEY and
DANNY K. LAABS,

      Defendants.

---

### AFFIDAVIT OF PAUL K. LUNDSTEN, CPA S.C.

---

STATE OF WISCONSIN  )
                              : ss
MILWAUKEE COUNTY  )

      I, Paul K. Lundsten, being sworn on my oath, depose and state as follows:

      1.    That I am a certified public accountant with offices located at 13965 West Burleigh Road, Suite 109, Brookfield, WI 53005.

      2.    That I have prepared tax returns for the entities operating the Suburpia Sandwich Shops from 2005 through 2008.

      3.    That attached hereto are the IRS form K-1 filed with the tax returns from 2005 through 2008 and that the ownership interests percentages are based on information provided by Christan Kramer.

      4.    That Christan Kramer was always in contact with me over the years to sign the returns and any information he requested from me would be made available to him. This would include bookkeeping documents prepared by the bookkeeper, Mark Frank.

5. That the Suburpia Shops were not profitable on an overall basis during the years 2005 through 2008.

6. That Christan Kramer told me he was a shareholder until March 5, 2007 when he said his interest was transferred to his brother, Robert Kramer. Christan Kramer then advised me his shares were owned by him again on December 31, 2009. I was unaware Christan Kramer filed any bankruptcy proceedings.

7. That on April 30, 2010, I received a telephone call from Christan Kramer asking me to substitute his name for Marietta Duncan's so Robert Kramer would own 40% and Christan 50% as confirmed in the attached email to William J. Foley.

8. That for tax purposes, the only owners, based on information provided to me, were as set forth in the K-1 forms filed with the tax returns. All owners should be listed on the K-1 form and I followed the instructions of Christan Kramer as to the identity of the owners.

9. That it was my understanding that William J. Foley was the general manager of the Suburpia business.

Dated this __14th__ day of __August__, 2013.

_Paul K. Lundsten_
Paul K. Lundsten

Subscribed and sworn to before me
this __14__ day of __August__, 2013

_Anne Kagerah_
Notary Public, Milwaukee County, WI
My commission expires __August 10, 2014__

[Notary Seal: ANNE KAGERAH, NOTARY PUBLIC, STATE OF WISCONSIN]

2