THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 2, 2014



Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| IN RE: William J. Foley, | Case No. 14−31425−pp |
|---|---|
| Debtor. | Chapter 13 |

### ORDER REOPENING CASE

On September 26, 2014, the clerk's office prematurely closed the above−captioned case. The Court **ORDERS** that the clerk's office **REOPEN** the case, effective immediately.

#####