```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
In re:                                                              Case No. 14-31425-pp
William J. Foley                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0757-2          User: lmi             Page 1 of 1           Date Rcvd: Oct 02, 2014
                              Form ID: pdfhrg       Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2014.
db             +William J. Foley,    1961 N. Summit Avenue,   Milwaukee, WI 53202-1269
ptcrd          +Watercrest Investments,    924 E. Juneau Avenue,   Milwalukee, WI 53202-2748
9020997        +Wisconsin Department of Revenue,    PO Box 8901,   Madison, WI 53708-8901
9022978         Wisconsin Department of Revenue,    Attn: Special Procedures, MS 4-SPU,   PO BOX 8901,
                 Madison WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9020996        +E-mail/Text: cio.bncmail@irs.gov Oct 03 2014 01:40:16     Internal Revenue Service,
                 PO Box 7346,   PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Marc Rassbach
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2014 at the address(es) listed below:
              Mary B. Grossman     ecf@chapter13milwaukee.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor    Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                           TOTAL: 3
```

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: October 2, 2014

_____
Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   William J. Foley,                      Case No. 14−31425−pp
                        Debtor.                 Chapter  13

**ORDER REOPENING CASE**

On September 26, 2014, the clerk's office prematurely closed the above−captioned case. The Court **ORDERS** that the clerk's office **REOPEN** the case, effective immediately.

#####