UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN ___DIVISION     FILED
www.wied.uscourts.gov
In re: Case No. 14-31425 Chapter 13     2014 OCT -7 PM 4:20
Debtor. ___WILLIAM JOHN FOLEY_____/ In re BANKRUPTCY COURT
William John Foley                                EASTERN DISTRICT OF WI
Debtor. _____/ Plaintiff, Pro Se

## MOTION to REINSTATE CASE for GOOD CAUSE
## DUE to EXTENUATING CIRCUMSTANCES BEYOND DEBTOR'S CONTROL

Debtor filed for Relief under Chapter 13, on September 10, 2014. From the moment the filing was docketed, Debtor has experienced actions by Third Parties that are:

1. Violation of The Automatic Stay; Creditor was notified of Chapter 13 filing, but refused to relinquish personal items all ready loaded on truck, prior to notification;
2. Bankruptcy Clerk's Office failed to docket Motion deposited into the Jackson Street stainless steel mailbox at 5:10PM September 11, 2014.
3. Received an <u>Order Dismissing Case</u>, containing dates that are inconsistent with the <u>Order</u> date of September 26, 2014, while a document attached to the order reflects a date of September 28, 2014, as the date the Bankruptcy Notice Center received the notice of LLC inability to deliver; (See #4)
4. The Order Dismissing Case, was included
5. The Creditor Matrix mysteriously includes the name of an individual who Defendant did not put on the Matrix.
    **ISSUES-**
    - Case was an expedited filing, with only minimally required data, only two Creditors were listed, the IRS and WIDOR. The challenged creditor, Mark Rassbach, Is not a creditor, was not listed by the the Debtor, but was added, by an as yet to be determined, unknown third party, in Violation of Sarbanes-Oxley provisions, § 802;
    - Credit Counseling certificate was unavailable as a result of the Violation of 362, and my inability to access my database.

6. There was no mention of Debtor's Failure to File Schedules by 9/24/14, which Debtor filed 10/1/14 (Potentially unmentioned due to Parties unknown, not wanting to remind the Court of the 362 Violation.)

In consideration of the foregoing irregularities, Debtor prays the Court, will accept the style errors of this Motion by the Pro Se Debtor, and Order this Case REINSTATED in the Spirit of Fairness and Equity.

Dated OCTOBER 7, 2014

Respectfully submitted,

William J. Foley, Pro Se

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF WISCONSIN _____ DIVISION www.wied.uscourts.gov

In re: Case No. **14-31425** Chapter 13

Debtor. ___WILLIAM JOHN FOLEY_____/

In re:

William John Foley

Debtor. _____/

Plaintiff, Pro Se

## ORDER TO REINSTATE CASE

1) Debtor Plaintiff has demonstrated to The Court that Debtor had best intentions in attempting to comply with Court's Recommendations of 9/28/14, by filing the Motions, initially sent by facsimile to the Court's Chambers, the day following receipt of the Court's Recommendations, the Debtor filed the Motions With the Clerk's Office.

**Ordered:**

This case is Reinstated.

**DATED:** _____

_____
**Pamela Pepper**
**UNITED STATES BANKRUPTCY JUDGE**