UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

William J. Foley,                                           Case No. 14-31425
         Debtor                              Chapter 13

## AFFIDAVIT OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she is over 18 years of age and is not a party to the within action; that on October 8, 2014, the undersigned electronically filed the annexed Amended Notice of Motion and Amended Motion for Relief From Automatic Stay and that copies of these documents were deposited in the U.S. Mail, with proper postage attached for first class mail, to the following:

William J. Foley
1962 North Prospect Avenue
Apt. 701
Milwaukee, WI 53202

and

William J. Foley
11400 West Bluemound Road
Brookfield, WI 53226

and

William J. Foley
1961 North Summit Avenue
Milwaukee, WI 53202

*s/Debra Moran*
DEBRA MORAN

Subscribed and sworn to before me

this 8th day of October, 2014.

*s/Robert N. Meyeroff*
Notary Public, State of Wisconsin
My Commission is permanent.