**ROBERT N. MEYEROFF, S.C.**
Attorney at Law
633 W. Wisconsin Avenue, Suite 605
Milwaukee, WI 53203-1925
Telephone (414) 276-8404
Fax (414) 276-1130

October 8, 2014

To All Parties Concerned:

in re:   William J. Foley, Debtor
         Case No. 14-31425
         Chapter 13

      The undersigned is the attorney for Watercres Investments. Watercrest Investments has a pending eviction action against William J. Foley. When William J. Foley filed bankruptcy, Watercrest Investments filed a Motion for Relief from the Automatic Stay so that the eviction action could proceed to remove William J. Foley from the premises. The original Motion for Relief from Automatic Stay provided 20 days to object and should have provided 21 days to object. Also, the Motion for Relief from Automatic Stay was sent to William J. Foley at his old address. Watercrest Investments has now filed an Amended Motion for Relief from Automatic Stay which provides 21 days to object and is being sent to William Foley's old and newly-listed addresses.

                                       Yours very truly,

                                       *s/Robert N. Meyeroff*

                                       **ROBERT N. MEYEROFF**
                                       Attorney at Law

RNM:dm