FILED

2014 OCT 20 PM 4: 22

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN ___DIVISION
www.wied.uscourts.gov
In re: Case No. 14-31425 Chapter 13
Debtor. ___WILLIAM JOHN FOLEY_____/ In re:
William John Foley
Debtor. _____/ Plaintiff, Pro Se

# Second Motion For Additional Time to File Schedules

Due to the complexity of filing a meaningful motion by the Debtor, in particular, a Violation of the Automatic Stay, Debtor has been consumed for the last 72 hours. Debtor prays that the Court will allow one further extension until October 27, 2014, so that Debtor will have the ability to be in compliance with the Rules.

In consideration of the Local Rules, Debtor offers that there are only four creditors; the IRS, the Wisconsin Department Of Revenue, Watercrest Investments, Inc. and Sandwich Kings, LLC., all of which are contested.

This was submitted by Debtor on October 20th, 2014.

Dated ___10/20/2014___

Respectfully submitted,

_____
William J. Foley,  Pro Se