FILED

2014 OCT 20 PM 4: 23

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Acknowledgment of Receipt of Filing

Name _____ [signature] TD Robert Nistler _____

Date __10/20/14__

NISTLER & CONDON
7000 W. North Avenue
Milwaukee, WI. 53213