UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re:

                                                             Case: 14-31425-pp
    William J. Foley,                                                    Chapter 13
        Debtor.

_____

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME ALLOWED TO FILE COMPLETED CHAPTER 13 SCHEDULES**

_____

       Mary B. Grossman, Chapter 13 Trustee, has filed papers with the court objecting to Debtor's Motion to Extend Time Allowed to File Completed Chapter 13 Schedules.

       **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

       The Trustee hereby objects to the Debtor's Motion to Extend Time Allowed to File Completed Chapter 13 Schedules and states as follows:

       1.      The Debtor filed a bare petition under Chapter 13 of the Bankruptcy Code on September 10, 2014.

       2.      Pursuant to FRBP 1007(c) and 3015(b), the Debtor's schedules and Chapter 13 plan are to be filed with the petition or within 14 days thereafter.

<u>Drafted by:</u>
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI  53203
(414) 271-3943; (414) 271-9344 – Fax

3. Rule 1007(c) states, in part, that "any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion *for cause shown. . ..*" (Emphasis added). Rule 3015(b) similarly states that "such time may not be further extended *except for cause shown. . ..*" (Emphasis added).

4. The Debtor filed, and the Court granted, a prior request to extend the time to file the schedules and the plan. The Court gave the Debtor until October 20, 2014 to file the schedules and plan.

5. The Debtor now requests another week to file completed schedules. However, the motion does not request an extension to file the Chapter 13 plan and no Chapter 13 plan was filed by the October 20, 2014 deadline set by the Court.

6. The Section 341 Meeting of Creditors is scheduled for Friday October 24, 2014 at 10:30 a.m. The Trustee has no time to review the schedules and plan and properly prepare for the 341 Meeting of Creditors if the Debtor's request is granted.

WHEREFORE, the Trustee requests that Debtor's motion to extend time allowed to file the completed schedules an additional week be denied.

Respectfully submitted in Milwaukee, Wisconsin, this 21st day of October, 2014.

OFFICE OF THE CHAPTER 13 TRUSTEE

/s/_____
Rebecca R. Garcia, Staff Attorney
SBN 1022252

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re:

        William J. Foley,
            Debtor.

Case: 14-31425-pp
Chapter 13

_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that on the 21st day of October 2014, the **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME ALLOWED TO FILE COMPLETED CHAPTER 13 SCHEDULES** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        Office of the U.S. Trustee

I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participant:

        <u>PRO SE DEBTOR</u>:   William J. Foley
                                    1961 Summit Avenue
                                    Milwaukee, WI  53202

Dated:  October 21, 2014           /s/_____
                                             Norma J. Winters
                                             Legal Assistant
                                             Office of the Chapter 13 Trustee
                                             P.O. Box 510920
                                             Milwaukee, WI 53203
                                             T:  (414) 271-3943
                                             F:  (414) 271-9344