UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In re:

                                                                                         Case: 14-31425-pp
William J. Foley,                                                                                              Chapter 13
      Debtor.

_____

## SUPPLEMENTAL CERTIFICATE OF SERVICE
_____

I hereby certify that on the 21st day of October 2014, the **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO EXTEND TIME ALLOWED TO FILE COMPLETED CHAPTER 13 SCHEDULES** was mailed by United States Postal Service to the following non-ECF participant:

        <u>PRO SE DEBTOR</u>:    William J. Foley
                                              11400 West Bluemound Road
                                              Brookfield, WI  53226


Dated:  October 21, 2014                     /s/_____
                                                    Norma J. Winters
                                                    Legal Assistant
                                                    Office of the Chapter 13 Trustee
                                                    P.O. Box 510920
                                                    Milwaukee, WI 53203
                                                    T:  (414) 271-3943
                                                    F:  (414) 271-9344