Marc Rassbach
PO Box 39
Milwaukee, WI 53201



2014 OCT 22 AM 11: 27



US Courthouse
Room 126
Attn: Bankruptcy Clerk
517 East Wisconsin Ave
Milwaukee, WI 53202-4581

To whom this may concern:

Please file the enclosed in Case 14-31425-PP.

Now it seems I errored in my previous filings in (at least) 2 ways:

1) I did not include on each filing a phone number.

2) I did not set a series of dates – either for a hearing or for a response due by.

Let me correct the 1st problem.   414-264-6453

As for #2 – I may be very forward and presumptuous in oh, so many ways.   But I knew one thing to be true – there was no point in me setting a date for hearing the motions not knowing either the Judge or especially Mr. Foley's busy schedule.

There was little point to setting a response by date given:
1) Mr. Foley's typical legal fighting style of picking a legal fight and then hiding.
2) Mr. Foley's known mailling address game playing.
3) Someone writing "refused" or stamping "return to sender forwarding address expired" on letters along with just not picking up registered letters.
(Lo and behold https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70141820000189754072
The paperwork I sent Debtor William Foley is on its way back to me.)

Given the above, any date set by myself would be ignored.

Instead I am opting to be heard and schedules set on the 24th of October at the already scheduled creditors hearing.   Unless, of course, the Court acts sue sponte and rejects the Chapter 13 before the 24th so there would be no hearing on the 24th of October.

Sincerely – Marc Rassbach

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                          ) Case No.: 14-31425-PP
                                        )
            Creditor,                   ) AFFIDAVIT OF MARC RASSBACH AS
                                        ) TO PURPORTED AFFIDAVIT FROM
                                        ) DEBTOR WILLIAM FOLEY
      vs.                               )
                                        )
WILLIAM FOLEY,                          )
                                        )
            Debtor                      )

I, Marc Rassbach do hereby swear upon oath the following is true:

The attached is what purports to be a copy of an affidavit sent to

Marc Rassbach from Waukesha 2012SC0400 where Debtor William Foley

claims to have no ownership stake in various businesses doing

business as "Suburpia".

DATED: October 20 , 2014

                                        _____
                                              MARC RASSBACH
                                              Creditor

Subscribed and Sworn to before me

on the 20th day of Oct 2014

_____

Notary Public — State of Wisconsin

My Commission Expires: 07-12-2015

TONYA M. HUDSON
NOTARY
PUBLIC
STATE OF WISCONSIN

- 1 -
AFFIDAVIT OF MARC RASSBACH AS TO FOLEY AFFIDAVIT

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|
| | SMALL CLAIMS | |

MARC RASSBACH,

        Plaintiff,

    vs.

Case No. 2012-SC-400

WILLIAM FOLEY, JEFFREY S DECORA
LAW OFFICE, CHRISTIAN KRAMER,
and JEFFREY DECORA

        Defendants.

---

## AFFIDAVIT OF WILLIAM J. FOLEY

---

STATE OF WISCONSIN    )
                    )ss
MILWAUKEE COUNTY    )

      William J. Foley, being first duly sworn upon oath, deposes, states and swears the following is true:

      1.    I make this affidavit in support of my defense in the above titled action, Waukesha County Circuit Court Case No. 2012-SC-400.

      2.    I do not currently have nor have I ever had any ownership stake in Herro Sanwich.

      3.    I do not currently have nor have I ever had any ownership stake in Mequon Sandwich Kings, Inc.

      4.    I do not currently have nor have I ever had any ownership stake in Layton Sandwich Kings, Inc.

      5.    I do not currently have nor have I ever had any ownership stake in Sandwich Kings, LLC.

      6.    I do not currently have nor have I ever had any ownership stake in Two Sandwich Kings, LLC.

7. I do not currently have nor have I ever had any ownership stake in Three Sandwich Kings, LLC.

William J. Foley

Subscribed and sworn to before me
this ___11___ day of June, 2012.

Notary Public, State of Wisconsin
My Commission expires: _is permanent._

23083363_1.DOC

DANIEL S. WELYTOK
Notary Public
State of Wisconsin

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                          ) Case No.: 14-31425-PP
                                        )
            Creditor,                   ) AFFIDAVIT OF MARC RASSBACH AS
                                        ) TO THE PUBLIC RECORD IN THE
                                        ) FORM OF AN APPLICATION FOR A
      vs.                               ) TRADEMARK
                                        )
WILLIAM FOLEY,                          )
                                        )
            Debtor                      )

I, Marc Rassbach do hereby swear upon oath the following is true:

The attached is a true and accurate copy of the trademark

application for The Original Suburpia where an electronic signature

of "Molly Foley" was used and the same "Molly Foley" used an email

address previously associated to Debtor William Foley.

DATED: October 20 , 2014

                                        MARC RASSBACH
                                        Creditor

Subscribed and Sworn to before me

on the 20th day of Oct 2014

Notary Public — State of Wisconsin

My Commission Expires: 07-12-2015

TONYA M. HUDSON
NOTARY
PUBLIC
STATE OF WISCONSIN

- 1 -
AFFIDAVIT OF MARC RASSBACH AS TO MOLLY FOLEY

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86025003**
**Filing Date: 07/31/2013**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| **\*MARK** | The Original Suburpia |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | The Original Suburpia |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Molly M Foley |
| **DBA/AKA/TA/FORMERLY** | DBA The Original Suburpia |
| **\*STREET** | 2264 N Prospect Ave |
| **\*CITY** | Milwaukee |
| **\*STATE** (Required for U.S. applicants) | Wisconsin |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 53202 |
| **PHONE** | 414-271-6300 |

| | |
|---|---|
| **EMAIL ADDRESS** | sanwidgeman@gmail.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Restaurant and catering services; Restaurant services; Take-out restaurant services |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/16/1967 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/16/1967 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\860\250\86025003\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Photo of trademark in restaurant window |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Molly M Foley |
| FIRM NAME | Prospect & North Sandwich Kings Inc |
| *STREET | 2264 N Prospect Ave |
| *CITY | Milwaukee |
| *STATE (Required for U.S. applicants) | Wisconsin |
| *COUNTRY | United States |

| | |
|---|---|
| *ZIP/POSTAL CODE | 53202 |
| PHONE | 414-271-6300 |
| *EMAIL ADDRESS | sanwidgeman@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Molly M Foley/ |
| * SIGNATORY'S NAME | Molly M Foley |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 414-271-6300 |
| * DATE SIGNED | 07/31/2013 |

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86025003**
**Filing Date: 07/31/2013**

## To the Commissioner for Trademarks:

**MARK:** The Original Suburpia (Standard Characters, see <u>mark</u>)
The literal element of the mark consists of The Original Suburpia.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Molly M Foley, DBA The Original Suburpia, a citizen of United States, having an address of

    2264 N Prospect Ave
    Milwaukee, Wisconsin 53202
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 043: Restaurant and catering services; Restaurant services; Take-out restaurant services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 11/16/1967, and first used in commerce at least as early as 11/16/1967, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Photo of trademark in restaurant window.
<u>Specimen File1</u>

The applicant's current Correspondence Information:
    Molly M Foley
    Prospect & North Sandwich Kings Inc
    2264 N Prospect Ave
    Milwaukee, Wisconsin 53202
    414-271-6300(phone)

sanwidgeman@gmail.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Molly M Foley/   Date Signed: 07/31/2013
Signatory's Name: Molly M Foley
Signatory's Position: Owner


RAM Sale Number: 86025003
RAM Accounting Date: 08/01/2013

Serial Number: 86025003
Internet Transmission Date: Wed Jul 31 15:58:33 EDT 2013
TEAS Stamp: USPTO/FTK-108.91.186.126-201307311558331
36585-86025003-500ba2e4699c1956144b46105
f8d815479c1d1c61a670e5eee3cd7276017c273-
CC-2964-20130731153701808871

# The Original Suburpia



UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                         ) Case No.: 14-31425-PP
                                       )
            Creditor,                  ) AFFIDAVIT OF MARC RASSBACH AS
                                       ) TO A RESPONSE FOR TO AN ORDER
       vs.                             ) OF THE FINACNIAL DISCLOSURE
                                       )
WILLIAM FOLEY,                         )
                                       )
            Debtor                     )

I, Marc Rassbach do hereby swear upon oath the following is true:

The attached is what purports to be the response to Waukesha

2011SC1656 by Debtor William Foley.

DATED: October 20 , 2014

                                        MARC RASSBACH
                                        Creditor

Subscribed and Sworn to before me

on the 20th day of Oct 2014

Notary Public — State of Wisconsin

My Commission Expires: 07-12-2015

Grandview Plaza I LLC vs. Two Sandwich Kings LLC et al

**Order for Financial Disclosure and Financial Disclosure Statement**

Case No. 2011SC001656

**IT IS ORDERED THAT** the judgment debtor within 15 days of entry of judgment either

- Pay the judgment in full, or
- Accurately complete the following Financial Disclosure Statement and mail or deliver it to the judgment creditor or attorney at the following address:

Name: Dino Antonopoulos
Address: The Schroeder Group SC
20800 Swenson Drive, Suite 47
Waukesha WI 53186

> **Please Note:**
> In 1982, I sold my major asset to Festivals, Inc.; in 1984, Festivals, Inc. filed Chapter 7 Liquidation and I was effectively bankrupt. Since 1984, the IRS and WIDOR have routinely searched for assets I might have. Since 1985, neither agency has found any assets. Currently, WIDOR claims I owe the state $1,100,00+ and the IRS claims I owe $225,000+.

» **Failure to comply with this order may be contempt of court and subject you to the following penalties:**

- Imprisonment for up to **6 months.**
- Forfeitures of not more than **$2000 per day.**
- Any other order necessary to ensure your compliance.
- Punitive (criminal) sanctions under Wis. Stats. Ch. 785.

**BY THE COURT:**

| 06-10-2011 | /s/ Ralph M. Ramirez | 06-14-2011 |
|---|---|---|
| Judgment Date | Circuit Court Judge/Court Commissioner | Date |

*Individuals should complete items 1 - 33 and 35. Corporations should complete items 23 - 31, 34 and 35.*

### FINANCIAL DISCLOSURE OF ASSETS

| 1. Your full name | 2. Date of Birth | 3. Number of Dependents |
|---|---|---|
| William J. Foley | 11-06-1942 | None |

| 4. Your residence address (not P.O. box) | City | State | Zip Code | Phone No. |
|---|---|---|---|---|
| 1961 North Summit Avenue | Milwaukee | WI | 53202 | 414-554-7526 |

| 5. Spouse's full name | 6. Do you have a marital property agreement? |
|---|---|
| None | ☐ Yes (Attach copy.) ☐ No |

| 7. Spouse's residence address (if different) | City | State | Zip Code | Phone No. |
|---|---|---|---|---|
| None | | | | |

| 8. Your employer's name and address | 9. Gross Wages | 10. Paid | |
|---|---|---|---|
| None | | ☐ Paid ☐ biweekly | ☐ weekly ☐ monthly |

| 11. Spouse's employer's name and address | 12. Gross Wages | 13. Paid | |
|---|---|---|---|
| None | | ☐ Paid ☐ biweekly | ☐ weekly ☐ monthly |

**You must complete this information (14-31) for both you and your spouse.**

| 14. Other employers | 15. Gross Wages | 16. Paid | |
|---|---|---|---|
| None | | ☐ Paid ☐ biweekly | ☐ weekly ☐ monthly |

| 17. Pension income (Give name and address of payor.) | 18. Amount | 19. Paid | |
|---|---|---|---|
| None | | ☐ Paid ☐ biweekly | ☐ weekly ☐ monthly |

| 20. Social Security/Disability/SSI (Give name and address of payor.) | 21. Amount | 22. Paid | |
|---|---|---|---|
| None | | ☐ Paid ☐ biweekly | ☐ weekly ☐ monthly |

| 23. Checking, savings, financial accounts (List name and address of institution, type of account and amount.) |
|---|
| None |

| 24. Automobiles (Give year, make and market value.) |
|---|
| None |

| 25. Stocks, bonds, life insurance, IRA's and other financial investments. (List name, number of shares and value.) | 26. Other income (Specify) |
|---|---|
| None | |

| 27. Real estate and other real property interests (List kind of property, location and market value.) |
|---|
| None |

| 28. Does anyone owe you money? | 29. Is anyone holding any assets or property for you? | 30. Amount of cash on hand |
|---|---|---|
| ☐ Yes (Attach details.) ☒ No | ☐ Yes (Attach details.) ☒ No | None |

| 31. Other assets of value (Give details and values.) |
|---|
| None |

*Complete both pages and sign page 2.*

32. Do you believe your earnings are exempt from garnishment?        ☐ Yes   ☒ No
    If yes, complete lines A, B, and C as appropriate.

  ☐ A. I have received the following need-based public assistance within the last six months:

| ☐ Medical assistance | ☐ Relief funded under Wis. Stats. §59.53(21) |
| ☐ Food stamps | ☐ Relief funded under public assistance |
| ☐ Supplemental security income | |
| ☐ Benefits for veterans under Wis. Stats. §45.351(1) or 38 USC 501-562 | |

  ☐ B. I have been determined to be eligible to receive the following need-based public assistance although I have not actually begun to receive those benefits:

| ☐ Medical assistance | ☐ Relief funded under Wis. Stats. §59.53(21) |
| ☐ Food stamps | ☐ Relief funded under public assistance |
| ☐ Supplemental security income | |
| ☐ Benefits for veterans under Wis. Stats. §45.351(1) or 38 USC 501-562 | |

  ☒ C. My household income is below the federal poverty line. (Worksheets and schedules for this determination are available in the Clerk of Court's Office.)

  ☒ D. At least 25% of my disposable earnings are assigned by the court order for support.                    ✓

33. Would the garnishment of 20% of your disposable income reduce your household income below the federal poverty line?   ☒ Yes   ☐ No

34. Corporation should complete questions 25 - 33, as well as the following:

| Name of Corporation | Address | Taxpayer ID Number |
|---|---|---|
| Two Sandwich Kings LLC. | 1830E Meadow Lane # 7 | 20-4851706 |
| Officers of Corporation and Title | Business Address | Home Address |
| 1. Christan Kramer President | 515 N. Glenview, Wauwatosa 53213 | Unknown |
| 2. | | Unknown |
| 3. | | |
| 4. | | |
| Registered Agent | Address | |
| Christan Kramer | 515 N. Glenview, Wauwatosa 53213 | |

35. The information provided on this statement is true and correct.

1830E Meadow Lane # 7

_____
Signature of Judgment Debtor/Corporate Officer

8-9-11
Date

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

3
4
5
6
7
8
9

MARC RASSBACH,                    ) Case No.: 14-31425-PP
                                  )
          Creditor,               ) AFFIDAVIT OF MARC RASSBACH AS
                                  ) TO THE PUBLIC RECORD AS
                                  ) EXPRESSED FROM A WEBSITE
     vs.                          )
                                  )
WILLIAM FOLEY,                    )
                                  )
          Debtor                  )

10
11
12

I, Marc Rassbach do hereby swear upon oath the following is true:

13
14
15
16
17

The attached is a true and accurate copy of a web page which is a
text based summary of a licensing hearing where Debtor William
Foley claimed Molly Foley has an ownership stake in a "Suburpia"
restaurant.

18
19
20
21

DATED: Oct 2 0    , 2014

                                          MARC RASSBACH
                                          Creditor

22
23
24
25
26
27
28

Subscribed and Sworn to before me
on the 20th day of Oct 2014

_____
Notary Public — State of Wisconsin
My Commission Expires:  07-12-2015

TONYA M. HUDSON
NOTARY
PUBLIC
STATE OF WISCONSIN

- 1 -
AFFIDAVIT OF MARC RASSBACH AS TO MOLLY FOLEY

| File # | Ver. | Agenda # | Type | Title | Action | Result | Tally | Action Details | Video |
|--------|------|----------|------|-------|--------|--------|-------|----------------|-------|
| | | | | Co-owner of the property at 2745 S 13th St. He states that over the last 15 years he has picked up broken glass and other litter. The litter problem has been reduced, but is still an issue. Individuals appearing in support: Dale Trostorff - Currently holds the license at the location. Security for the establishment patrols the area and picks up litter. Jolene Dzibinski - 2567A S 9th Pl - She works at the bar and has encountered no problems. David Soto-Laveaga - Security guard at the current establishment. He has not observed any altercations. Robert Stein 2722 S 13th St Cornelia Miller - 1310 W Cleveland Ave - She has not observed any litter or problems at the current establishment. Ald. Zielinski moved approval. (Prevailed 3-1, Ald. Coggs voted no, Ald. Kovac excused) | | | | | |
| [131079](#) | 0 | | Motion | Motion relating to the recommendations of the Licenses Committee relative to licenses. Minutes note: 06 HIRSCH, Bonnie M, Agent for "RadioShack Corporation", Secondhand Dealer's License Application for "Radio Shack" at 807 E Capitol DR. Atty. Ron Stadler appearing for the applicant. He understands the NEWPRS program. Ald. Coggs moved approval. (4-0, Ald. Kovac excused) | AMENDED | Pass | 4:0 | [Action details](#) | ▶ Video |
| [131079](#) | 0 | | Motion | Motion relating to the recommendations of the Licenses Committee relative to licenses. Minutes note: 03 GERMAN-DUNCAN, Marietta D, Agent for "Three Sandwich Kings, LLC", Food Dealer -Restaurant License Transfer Application - Change of Agent and Shareholder for "The Original Suburpia" at 2264 N PROSPECT Av. Atty. Joan Shepard appearing with the applicant. She states that Marietta German is the majority shareholder of the business. Additional individuals appearing: William Foley - 1961 N Summit Ave - He states that he is the representative of his daughter, who is the majority shareholder of Three Sandwich Kings. Ald. Puente moved to hold to the call of the chair. (Prevailed 4-0, Ald. Kovac excused) | AMENDED | Pass | 4:0 | [Action details](#) | ▶ Video |
| [131079](#) | 0 | | Motion | Motion relating to the recommendations of the Licenses Committee relative to licenses. Minutes note: 13 KRAMER, Christan, Agent for "Layton Sandwich Kings, Inc.", Food Dealer -Restaurant License | AMENDED | Pass | 4:0 | [Action details](#) | ▶ Video |

Case 14-31425-pp    Doc 43    Filed 10/22/14    Page 17 of 33

MARC RASSBACH,               ) Case No.: 14-31425-PP
                             )
            Creditor,        ) AFFIDAVIT OF MARC RASSBACH AS
                             ) TO THE PUBLIC RECORD IN THE
                             ) FORM OF A WEB SITE THAT SHOWS A
       vs.                   ) DOLLAR AMOUNT FOR THE POVERTY
                             ) LEVEL
WILLIAM FOLEY,               )
                             )
            Debtor           )

I, Marc Rassbach do hereby swear upon oath the following is true:

The attached is a true and accurate copy of the public record which

purports to be the federal poverty rate.

DATED: October 2*0* , 2014

                                        MARC RASSBACH
                                        Creditor

Subscribed and Sworn to before me

on the 20*th* day of Oct 2014

_____
Notary Public — State of Wisconsin

My Commission Expires: 07-12-2015

TONYA M. HUDSON
NOTARY
PUBLIC
STATE OF WISCONSIN

2014 OCT 22 AM 11:26
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI
FILED-MAIL

- 1 -
AFFIDAVIT OF MARC RASSBACH AS TO POVERTY

U.S. Department of Health & Human Services

www.hhs.gov

**ASPE.hhs.gov**
**Office of The Assistant Secretary for Planning and Evaluation**

| Reports | Data & Tools | Policy Offices | Key Initiatives | About |
|---|---|---|---|---|

## Computations for the
## 2014 Annual Update of the HHS Poverty Guidelines
## for the 48 Contiguous States and the District of Columbia

| (1) Persons in family or household | (2) Poverty thresholds for 2012 — published Sep. 2013[a/] | (3) Column 2 multiplied by 1.015 price inflator[b/] | (4) Difference between successive Column 3 entries | (5) Average difference in Column 4[c/] | (6) January 2014 poverty guidelines |
|---|---|---|---|---|---|
| 1 | $11,720 | $11,896 | | | $11,670 |
| | | | $3,265 | $4,060 | |
| 2 | 14,937 | 15,161 | | | 15,730 |
| | | | 3,397 | $4,060 | |
| 3 | 18,284 | 18,558 | | | 19,790 |
| | | | 5,286 | $4,060 | |
| 4 | 23,492 | 23,844 | | | 23,850[d/] |
| | | | 4,400 | $4,060 | |
| 5 | 27,827 | 28,244 | | | 27,910 |
| | | | 3,699 | $4,060 | |
| 6 | 31,471 | 31,943 | | | 31,970 |
| | | | 4,336 | $4,060 | |
| 7 | 35,743 | 36,279 | | | 36,030 |
| | | | 4,004 | $4,060 | |
| 8 | 39,688 | 40,283 | | | 40,090 |

**Notes:**

a/ Column 2 entries are weighted average poverty thresholds from U.S. Census Bureau, Current Population Reports, Series P60-245 [PDF], *Income, Poverty, and Health Insurance Coverage in the United States: 2012*, Washington, D.C., U.S. Government Printing Office, September 2013, p. 51.

b/ (The Consumer Price Index (CPI-U) for all items is 229.594 for calendar year 2012 and 232.957 for calendar year 2013, an increase of 1.5 percent.)

c/ The arithmetic average of Column 4 entries, rounded to the nearest multiple of $20.

d/ Obtained by multiplying the average poverty threshold for a family of four persons for 2012 ($23,492, from Column 2) by the price increase factor from 2012 to 2013 (1.015) and rounding the result upward to the nearest whole multiple of $50 ($23,850). All other entries in Column 6 are obtained by successive addition or subtraction of the average difference ($4,060) to the size-4 2014 guideline entry ($23,850).

For Alaska and Hawaii, where the cost of living is traditionally believed to be significantly higher than in other states, scaling factors of 1.25 and 1.15, respectively, are applied to the 2014 guideline for a family or household of four for the 48 contiguous states, and the results (if not already a multiple of $10) are rounded upward to the nearest whole multiple of $10. (These scaling factors were based on Office of Economic Opportunity administrative practice for these two states only beginning in the 1966-1970 period.) These scaling factors are applied to the average difference for the 48 contiguous states (Column 5) to obtain average differences for Alaska and Hawaii for deriving guidelines for other family or household sizes; these average differences for Alaska and Hawaii are rounded to the nearest multiple of $10. For families or households with more than 8 persons, add the following amount for each additional person: $4,060 (48 contiguous states and the District of Columbia); $5,080 (Alaska); $4,670 (Hawaii).

Return to the 2014 Poverty Guidelines page.

Return to the Poverty Guidelines, Research, and Measurement main page.

ASPE Home | HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Plain Writing Act | No Fear Act | Disclaimers|
The White House | USA.gov | Flu.gov | Viewers & Players|HHS Digital Strategy

Case 14-31425-pp    Doc 43    Filed 10/22/14    Page 19 of 33

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                        ) Case No.: 14-31425-PP
                                      )
              Creditor,               ) AFFIDAVIT OF MARC RASSBACH AS
                                      ) TO THE PUBLIC RECORD IN THE
      vs.                             ) FORM OF NEWSPAPER REPORTING.
                                      )
WILLIAM FOLEY,                        )
                                      )
              Debtor                  )
_____ )

I, Marc Rassbach do hereby swear upon oath the following is true:

The attached is a true and accurate copy of the public record as

expressed from The Journal Interactive which is reporting of on the

claims of Debtor William Foley and the reporting of ownership

issues due to back taxes.

DATED: October 20 , 2014

                                          _____
                                          MARC RASSBACH
                                          Creditor

Subscribed and Sworn to before me

on the 20th day of Oct 2014

_____

Notary Public — State of Wisconsin

My Commission Expires: 07-12-2015

*[Notary seal: TONYA M. HUDSON, NOTARY PUBLIC, STATE OF WISCONSIN]*

- 1 -
AFFIDAVIT OF MARC RASSBACH AS TO FOLEY TAX ISSUES

*[Stamp: FILED - MAIL, 2014 OCT 22 AM 11:26, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF WI]*

 

# Suburpia's ousted founder refuses to give up sandwich spices

## Defying court ruling, William J. Foley adds to Tosa store's tangled history

By Rick Romell of the Journal Sentinel
Sept. 16, 2013

Amid a bitter dispute over a small but well-known business, the founder of the Suburpia sandwich shops has been ousted from the tiny chain's busiest location.

Forced by a court ruling, William J. Foley has handed over to former associates the keys to the Wauwatosa store, which revived a business that had thrived in the 1970s before skidding into bankruptcy, being sold to new owners and closing.

But in defiance of a judge's order, Foley has refused to surrender the shop's stock of the spices that help define Suburpia's sandwiches. It's personal property and he'll go to jail rather than turn the supply over, he said.

"I cannot give it up," Foley said Thursday just hours after Milwaukee County Circuit Judge Richard Sankovitz, during a hearing on potential contempt charges, directed him to do exactly that. "I'm not going to. I've spent 45 years doing this, and I've got a strong customer base and I'm not going to give away my family's birthright."

The spice war is the latest twist in what is shaping up as the strangest chapter yet in Suburpia's long, tangled history. It's a chapter that includes Foley's huge tax debt, unusual business arrangements and what Foley describes as a handshake deal with a former friend.

The future script is uncertain, but one possibility is dueling operations, both doing business as Suburpia.

Foley, who started the original Suburpia in 1967, claims primacy.

"There is no Suburpia without Foley," he said. "They have never operated the company, ever."

His friends-turned-foes, alleging misconduct by Foley, say they are the legitimate owners.

"Suburpia's been the icon forever, and we're trying to rock our baby and bring it back to what it should be," Marietta Duncan said last week, standing in the temporarily closed Wauwatosa store.

Duncan — part of the group awarded possession of the Suburpia at 10853 W. Blue Mound Road — is a pivotal figure in the battle. She testified in a deposition that she first met Foley about 20 years ago when he came to see her in her former capacity as an astrologer and consultant.

That was about when Foley was amid his first attempt — ultimately unsuccessful — to revive Suburpia. He had built the chain to more than 20 stores in the '70s, but by 1981 it was in Chapter 11 bankruptcy. The business was reorganized and sold, but three years later it was back in bankruptcy. A new owner bought it and ran it until 1989, then sold most of the shops to Subway and closed the rest.

Foley and Duncan's friendship grew, and by 2005 they were joining forces in yet another re-launching of Suburpia.

## Staggering debt

But Foley had a problem: He owed a six-figure debt to the State of Wisconsin for unpaid taxes related to his previous ownership of Suburpia. The tax bill extended to the original business more than two decades earlier and had been fattened by mounting interest and debt that Foley says should be the responsibility of the chain's second owners.

In any event, the total stands at more than $1.3 million — enough to rank Foley at No. 11 on the state's delinquent-taxpayer list.

Foley already had spent a year in jail for failing to pay sales tax collected during his early-'90s iteration of Suburpia. As he planned the new venture, he didn't want to give the state Department of Revenue leverage to claim its proceeds.

So, Foley said, he and Duncan agreed that she would hold a 50% stake in a company called Sandwich Kings LLC — the largest single share — but that she would hold it on Foley's behalf. Duncan reneged on that deal, Foley said.

Not so, Duncan said. The 50% stake was never Foley's, but hers, she testified.

2 of 4                                                                    10/13/2014 10:55 AM

She said she was given the ownership interest — for no initial investment — for the help she had extended to Foley over the years.

"It was an exchange of kindness," Duncan testified.

## Dispute over profits

The other main partner was Christan Kramer, a former home-improvement business owner who also met Foley in the '90s.

Foley ran the business but received no paycheck. He did, however, draw what he called advances from Sandwich Kings' revenue. Who approved these?

"As the largest stockholder, I did," Foley said, "but they weren't great amounts."

Foley describes his withdrawals as appropriate. Duncan and Kramer, Sandwich Kings' president, disagree. Kramer, who testified in a deposition that he initially put close to $100,000 into the venture, also accuses Foley of hiding profits that should have gone to investors — a charge Foley denies.

The dispute boiled over early this year. On Jan. 8, Sandwich Kings fired Foley, and Kramer had the locks changed at the Wauwatosa shop. But the next day he found it open and running.

"Mr. Foley had taken the locks off of the store," Kramer testified.

The Kramer-Duncan faction said Foley and an associate were using a newly formed company to try to hold possession of the shop — which, in fact, they were able to do, operating as Bluemound Sandwich Kings Inc., until Sankovitz kicked them out on Sept. 6.

The judge gave Foley a few hours to hand over the keys and to "remove any personal belongings from the premises that are not used in the operation of the business."

He turned in the keys, but when he left the shop he also carried out its stock of spices. That, among other things, landed Foley back before Sankovitz last week facing a possible contempt citation.

Foley argues the seasonings are personal property, prepared by a spice company under a nondisclosure agreement with his daughter. But an irritated Sankovitz said Sandwich Kings had paid for its supply and now owns it.

It "appears to the outside world, Mr. Foley, that you're either trying to cripple the business or loot the business," the judge said. Foley later called that characterization "untoward."

Case 14-31425-pp    Doc 43    Filed 10/22/14    Page 23 of 33

## Judges says order violated

Sankovitz also had ordered Foley not to operate any Sandwich Kings computers, and the judge was angered when Foley's attorney, Richard Schulz, acknowledged that one of the computers had been booted up. Schulz said Foley's faction needed information on the machine for two other Suburpia shops in the area, which they still operate.

But Sankovitz said that violated a clear order, and he referred to Foley as untrustworthy — drawing objections from Schulz.

The fight appears to be far from finished. As of Friday, Foley still held the spices,but the Wauwatosa Suburpia had reopened and, according to Duncan, was doing "excellent" business.

She wouldn't definitively say how the sandwiches were being seasoned, but said she "probably" was using spices she created. Those spices differ from the old Suburpia spices, "but not much," Duncan has said.

Kramer, meanwhile, said he and his partners should rightfully control not just the Wauwatosa shop but also those at 2264 N. Prospect Ave. and 116 E. Layton Ave.

Both sides are seeking trademarks. Sandwich Kings filed in February for the word *Suburpia*. In July, Foley's daughter applied to trademark *The Original Suburpia*.

And another front in the war may open soon: Last week Foley and an associate applied for a license to operate a fourth Suburpia, in downtown Milwaukee.

**Find this article at:**
http://www.jsonline.com/business/suburpias-ousted-founder-refuses-to-give-up-sandwich-spices-b9995352z1-223854841.html

Check the box to include the list of links referenced in the article.

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                         ) Case No.: 14-31425-PP
                                       )
              Creditor,                ) MOTION TO TURN OWNERSHIP
                                       ) QUESTIONS OVER TO A GRAND JURY
                                       ) AND HAVE SUCH EXAMINE INTO THE
      vs.                              ) MATTER.
                                       )
WILLIAM FOLEY,                         )
                                       )
              Debtor                   )
_____

I Marc Rassbach, as a creditor of William John Foley has standing

to move the Court and now moves the Court to <u>forward</u> the matter of

ownership of assets which are claimed to be personal to a Grand

Jury for investigation.


This now has to be a motion before the Court because the pre-1940

path of a citizen presenting directly to a Grand Jury has been

disallowed by policy.   Had I been able to present to the Grand

Jury directly there would be no need for this motion to come before

this Court with the need for a Grand Jury to true or not true bill

Mr. Foley and therefore render a decision about ownership.


As noted in Document  6 on page 2 of 5 Debtor William Foley claimed

to have ownership of the car which a document submitted as an

affidavit which purports to be the title for the very same car

- 1 -
MOTION TO REFER OWNERSHIP TO GRAND JURY

FILED - MAIL
2014 OCT 22 AM 11: 26
U S BANKRUPTCY COURT
EASTERN DISTRICT OF WI

shows the legal owner to be Layton Sandwich Kings Inc.   How the car got from company ownership to be claimed by Debtor William Foley as his own asset is an interesting question.

Mr Foley's later filing does not mention the car but once again mentions computers.   I have reasons to believe and do believe that the computers were property of the various Sandwich King LLC entities which Mr. Foley had control over as the General Manager until he was fired and had taken the assets of the very same companies as his own or other the ownership of others such as Molly Foley.

An affidavit has been filed which shows what purports to be William Foley's filled out asset list to settle Waukesha 2011SC1656.   Three things are important here.   The 1st is William Foley's statement that he would be at the poverty line if his earnings were attached.

Lets if math can solve the riddle of who owns what.   The federal poverty line for a single person is $11,896.   Lets just round that up to $12,000.   Or $1000 a month.   If one is above that line by 20% lets just make it $1,200 a month.   The affidavit presented to the Court taken from the pubic record in the form of a web page of the Shorecrest shows the rent starting at $675

This Court system has William Foley's previous filing called 14-24438-gmh where Debtor William Foley claimed to have $0. If his income was at the 20% poverty threshold and the rent paid the Shorecrest was for the 2 bedroom starting rate of $1200 the result would be the reported $0 on bankruptcy and does not leave money to be buying computers.

The second important part of the purported asset paperwork from Waukesha 2011SC1656 is number 29. Debtor William Foley states in line item 29 answers NO to the question "Is anyone holding any assets or property for you". For this to be a true answer, the property surrounding Mr. Foley would have to be others that he was using to do his job as the General Manager. But like the keys to the stores he held unto when he was fired it seems Debtor William Foley maintains possession of other assets which were not his like the car or perhaps even the computers. The Spices which Debtor William Foley states are his were something Judge Sankovitz issued an order about on Sept 12th 2013 with "The defendants shall return forthwith to Sandwich Kings all spices, spice containers and spice dispensers removed from the premises on or after September 6, 2013." Examination into the records of the Sheriff Department as

to what was taken on the fateful day in Sept. may show no spices

taken at all.  No spices taken at all under the "automatic stay"

makes the demands to have The Court return things due to being

under an "automatic stay" all the more problematic from a Justice

Point Of View.


The third part is the "please note" section of the Order for

Financial Disclosure and Financial Disclosure Statement is where

Mr. Fooley says "neither agency has found any assets".  Creditor

Marc Rassbach has limited ability to request records from 3rd

parties and records in the hands of the State or Federal agencies.

But what records the Creditor has found shows a disconnect between

consensus reality and the claims by Debtor William John Foley.

Older records or records outside the bankruptcy filings themselves

are beyond the reach of either the US Trustee or the Judge(s) who

preside over this case but would not be beyond the reach of a Grand

Jury.


The truth or lack of truth should therefore be determined by a

Grand Jury who would have the power to examine into the records of

the Federal and State and see if crimes were committed and who are

the real owners in interest of the items being demanded return of.

Perhaps that same Grand Jury can ask how the Assets of Three

---

- 4 -
MOTION TO REFER OWNERSHIP TO GRAND JURY

Sandwich Kings LLC was transferred into the control of Prospect and North Sandwich Kings Incorporated?   The public record at the State of Wisconsin level the last time I examined into the record showed no transfer of assets and the only public record with Molly Foley's "signature" is the trademark application showing Molly Foley as Owner.   The trademark application is now an affidavit in this bankruptcy case due to the subject matter of who owns what is at issue.   In addition so is the one page showing a summary from the City of Milwaukee Licensing meeting noting how William Foley had, under oath and penalty of perjury, had stated Molly Foley was an owner.   Contact information for Molly Foley Creditor Marc Rassbach is aware of is as follows:

mfatdcs@yahoo.com   mollymfoley@gmail.com  Feel free to email to obtain contact information.   The email sandwidgeman@gmail.com was given to Creditor Marc Rassbach as the email for Debtor William Foley — an odd email address for Attorney Molly Foley to use, even if it was for her very own trademark.


Parties other than Debtor William Foley actually owning assets like Prospect and North Sandwich Kings Inc  or Layton Sandwich Kings Inc owning the car in question would allow Debtor William Foley to correctly claim on Order for Financial Disclosure and Financial Disclosure Statement as having not findable assets of the Debtors.

- 5 -
MOTION TO REFER OWNERSHIP TO GRAND JURY

This would also agree with the Affidavit that purports to be by William Foley's own hand submitted as an affidavit in this case Waukesha 2012SC400 where Debtor William Foley said he was not and never was an owner of various Sandwich King businesses. But such a position is not only at odds where Debtor William Foley claims ownership of cars and computers in this bankruptcy but is also at odds with page two of the public record existing as a Journal Sentinal article submitted as an affidavit where Debtor William Foley states the 50% shares of the Suburpia business where at least in the mind of Debtor William Foley his. As presented in the public record an attempt to avoid claims of other Creditors: "As he planned the new venture, he didn't want to give the state Department of Revenue leverage to claim its proceeds. So, Foley said, he and Duncan agreed that she would hold a 50% stake in a company called Sandwich Kings LLC — the largest single share — but that she would hold it on Foley's behalf."


For the reasons cited above, Creditor Marc Rassbach therefore moves this Court to have the matter of ownership of the items cited as subject to the automatic stay be submitted to a Grand Jury and an answer returned.

---

This motion was prepared

by Marc Rassbach

Oct 20 / 2014

Per local rules:

Marc Rassbach

PO Box 39

Milwaukee,WI  53201

414-264-6453   (forgot to include the phone number in past filings

— mea culpa)

MARC RASSBACH,              ) Case No.: 14-31425-PP
                           )
        Creditor,          ) AFFIDAVIT OF MARC RASSBACH AS
                           ) TO THE PUBLIC RECORD IN THE
                           ) FORM OF A WEBPAGE SHOWING
   vs.                     ) RENTAL RATES
                           )
WILLIAM FOLEY,             )
                           )
        Debtor             )
_____

I, Marc Rassbach do hereby swear upon oath the following is true:

The attached is a true and accurate copy of a public record in the
form of a web page which stated rental rates for The Shorecrest.

DATED: October 20  , 2014

                                        _____
                                        MARC RASSBACH
                                        Creditor

Subscribed and Sworn to before me

on the 20th  day of Oct 2014

_____
Notary Public — State of Wisconsin

My Commission Expires: 07-12-2015



Resident Login

       

## CONTACT US
To Schedule A Viewing

CLICK ON ABOVE PHOTOS OR THE
LISTING BELOW FOR
MORE INFORMATION

**OUR APARTMENT BUILDINGS**

- THE ASTOR HOTEL
  Studio Apartments
  1 Bedroom
  2 Bedroom
- THE BUCKINGHAM
  Studio Apartments
  1 Bedroom
- FRANKLIN HOUSE
  Studio Apartments
  1 Bedroom
  2 Bedroom
- LAKE DRIVE MANOR
  2 Bedroom
  3 Bedroom
- PARKSIDE AT ESTABROOK
  2 Bedroom
  3 Bedroom
- ROSALIND COURT
  2 Bedroom
  3 Bedroom
- THE SHORECREST
  Studio Apartments
  1 Bedroom
  2 Bedroom
  3 Bedroom

**COMMERCIAL/OFFICE SPACE**

- UNDERWRITER'S EXCHANGE
  BUILDING

  Office | Retail Available

### THE SHORECREST
1962 N PROSPECT AVENUE
MILWAUKEE WI 53202
This beautiful art deco style building
features fantastic lake views. Located
on the lower east side and just a short
walk to Lake Park and the lakefront,
groceries, fabulous boutiques,
restaurants, cafes, downtown, and
nightlife on Brady Street. Additionally,
the elevator in this building makes
move-in and hauling a cinch.

For more information or to schedule a
personal showing through our on site
manager please call:
**Pauline (414) 276-9000**

View this location on MapQuest

**Units Available**

**Studios:** $675 and up
**One Bedrooms:** from $825
**Two Bedroom:** from $1200
**Three Bedrooms:** from $1600



## OUR MISSION

Our mission is to build a
professional property
management team for our
residents by applying the highest
standards of service in a
competent and courteous
manner. We are dedicated to
delivering exemplary service in a
quality apartment home
environment. Our goal is to be
the apartment provider of choice.

**NEIGHBORHOOD
ATTRACTIONS**
Click Here for more information
on local attractions.

Case 14-31425-pp    Doc 43    Filed 10/22/14    Page 33 of 33