**DEBTOR CHANGE OF ADDRESS**

Case # 14-31425

Name: William J. Foley

New address: 11400 W. Blue Mound Rd
Suite 300
Milwaukee, WI 53226

Signature of debtor(s): _[signature]_

Date: October 24, 2014

Return to: Mary B. Grossman, P. O. Box 510920, Milwaukee, WI 53203
Fax: 414-271-9344, Email: info@chapter13milwaukee.com

FILED
2014 OCT 24 AM 11:13
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WI