## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

Case No. 14-31425-pp
Chapter 13

Debtor.

Hon. Pamela Pepper

## AMENDED NOTICE OF APPEARANCE

Joan M. Shepard, one of the attorneys for Creditors Sandwich Kings, LLC, d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC., hereby amends the notice of appearance from Chapter 7 to 13, and to make an appearance on behalf of Creditors Sandwich Kings, LLC, d/b/a Suburpia, et al., and requests that Nistler & Condon, s.c. receive Electronic Case Filings for this case.

Dated this 28th day of October, 2014.

   /S/ Joan M. Shepard
Joan M. Shepard
Wis. State Bar No. 1072649
Brent D. Nistler
Wis. State Bar No. 1033990
Attorney for Creditors

Nistler & Condon, s.c.
7000 W. North Avenue
Wauwatosa, WI 53213
jshepard@nistlerlaw.com
bnistler@nistlerlaw.com
Phone: 414-763-1147
Facsimile: 414-988-9572