# AFFIDAVIT OF MAILING

STATE OF WISCONSIN )
) SS
MILWAUKEE COUNTY )

  **CHERYL L. CROSS**, of Milwaukee, Wisconsin, being first duly sworn, on oath, says that she is an employee of Nistler & Condon, s.c., and that on the 30th day of October, 2014, she mailed, properly enclosed in a postage-paid envelope, a copy of **Creditors' Objection to Debtor's September 11, 2014 Motion "For to Order Defendant and it's Attorney to Respect the Court's Imposition of the Automatic Stay," and Objection to Debtor's October 20, 2014 Motion "To Consider Impact on Debtor Due to Violation of 362 the Automatic Stay; and a copy of the Affidavit of Joan M. Shepard**, addressed as follows:

    William Foley
    11400 W. Bluemound Rd.
    Suite 300
    Brookfield, WI 53226

                _____
                 Cheryl L. Cross

Subscribed and sworn to before me
this 30 day of October, 2014.

_____
Shauna Manion
Notary Public, State of Wisconsin
My commission is permanent.