```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-pp
William J. Foley                                                    Chapter 13
         Debtor
## CERTIFICATE OF NOTICE

District/off: 0757-2           User: lmi                    Page 1 of 1               Date Rcvd: Oct 28, 2014
                               Form ID: pdf1                Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2014.
db             +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
credaty        +Joan Sandwich Kings, LLC, d/b/a Suburpia, et al.,     Nistler & Condon, s.c.,
                 7000 West North Avenue,    Wauwatosa, WI 53213-1943
ptcrd          +Watercrest Investments,    924 E. Juneau Avenue,    Milwalukee, WI 53202-2748
9074114        +US Foods, Inc.,    Kohner, Mann & Kailas, S.C.,    4650 N. Port Washington Road,
                 2nd Floor North,    Milwaukee, WI 53212-1077
9020997        +Wisconsin Department of Revenue,    PO Box 8901,    Madison, WI 53708-8901
9022978         Wisconsin Department of Revenue,    Attn: Special Procedures, MS 4-SPU,    PO BOX 8901,
                 Madison WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9020996        +E-mail/Text: cio.bncmail@irs.gov Oct 29 2014 01:40:05      Internal Revenue Service,
                 PO Box 7346,    PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Marc Rassbach
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
          Mary B. Grossman    on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com
          Mary B. Grossman    ecf@chapter13milwaukee.com
          Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
          Robert N. Meyeroff    on behalf of Petitioning Creditor    Watercrest Investments
            rmeyeroff633@sbcglobal.net
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
WILLIAM J. FOLEY

Chapter 13 Bankruptcy

Case No. 14-31425-PP

**NOTICE AND MOTION TO DISMISS - UNCONFIRMED PLAN**

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Mary B. Grossman, pursuant to 11 U.S.C. **§** 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*The Debtor is, pursuant to 11 U.S.C. § 109(e), ineligible to be a Debtor under Chapter 13 of Title 11 because the debts are above the allowable amounts.*

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.**

Dated October 27, 2014 at Milwaukee Wisconsin.

/s/_____  
Mary B. Grossman, Chapter 13 Standing Trustee  
Rebecca R. Garcia, Staff Attorney  
Robert W. Stack, Staff Attorney  
P.O. Box 510920  
Milwaukee, WI 53203  
(414) 271-3943