UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,  Case No. 14–31425–pp
                Debtor.  Chapter 13

## NOTICE OF HEARING

TO: William J. Foley      Trustee Mary B. Grossman
                                                           All Interested Parties and Creditors

    **PLEASE TAKE NOTICE** that a hearing on (1) Trustee's Motion to Dismiss; (2) Debtor's Motions re Automatic Stay; and (3) the documents filed by creditor Marc Rassbach will be held on **November 25, 2014, at 11:30 AM, in the United States Courthouse, Room 149, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before Pamela Pepper, United States Bankruptcy Judge.

    **The Debtor is required to attend and participate in this hearing.**

    Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2650), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

    PLEASE TAKE FURTHER NOTICE that at the hearing, the Court may grant or deny the motion or may schedule additional hearings, without further notice. Notwithstanding the provisions of Bankruptcy Code 362(e) (if applicable), the stay will continue in effect pending the conclusion of the hearing.

                                                                 By the Court:

                                                                 _____/s/_____
                                                                 **Pamela Pepper**
October 31, 2014                                            Chief, United States Bankruptcy Judge