```
                              United States Bankruptcy Court
                               Eastern District of Wisconsin
In re:                                                              Case No. 14-31425-pp
William J. Foley                                                    Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0757-2           User: pwm                  Page 1 of 1           Date Rcvd: Oct 31, 2014
                               Form ID: hrntpp1           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
db             +William J. Foley,    11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049
credaty        +Joan Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler & Condon, s.c.,
                 7000 West North Avenue,    Wauwatosa, WI 53213-1943
ptcrd          +Watercrest Investments,    924 E. Juneau Avenue,   Milwalukee, WI 53202-2748
9074114        +US Foods, Inc.,    Kohner, Mann & Kailas, S.C.,   4650 N. Port Washington Road,
                 2nd Floor North,    Milwaukee, WI 53212-1077
9020997        +Wisconsin Department of Revenue,    PO Box 8901,   Madison, WI 53708-8901
9022978         Wisconsin Department of Revenue,    Attn: Special Procedures, MS 4-SPU,   PO BOX 8901,
                 Madison WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9020996        +E-mail/Text: cio.bncmail@irs.gov Nov 01 2014 01:52:35      Internal Revenue Service,
                 PO Box 7346,   PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Marc Rassbach
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2014 at the address(es) listed below:
              Joan M. Shepard    on behalf of Creditor Attorney Joan  Sandwich Kings, LLC, d/b/a Suburpia, et
               al. joanymsheep@gmail.com,   jshepard@nistlerlaw.com
              Mary B. Grossman    on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com
              Mary B. Grossman    ecf@chapter13milwaukee.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor   Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,　　　　　　　　　　　　Case No. 14–31425–pp
　　　　　　　　　　Debtor.　　　　　　　　　　Chapter 13

## NOTICE OF HEARING

TO:　　William J. Foley　　　　　　　　Trustee Mary B. Grossman
　　　　　　　　　　　　　　　　　　　　All Interested Parties and Creditors

**PLEASE TAKE NOTICE** that a hearing on (1) Trustee's Motion to Dismiss; (2) Debtor's Motions re Automatic Stay; and (3) the documents filed by creditor Marc Rassbach will be held on **November 25, 2014, at 11:30 AM, in the United States Courthouse, Room 149, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before Pamela Pepper, United States Bankruptcy Judge.

**The Debtor is required to attend and participate in this hearing.**

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2650), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

PLEASE TAKE FURTHER NOTICE that at the hearing, the Court may grant or deny the motion or may schedule additional hearings, without further notice. Notwithstanding the provisions of Bankruptcy Code 362(e) (if applicable), the stay will continue in effect pending the conclusion of the hearing.

　　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　**Pamela Pepper**
October 31, 2014　　　　　　　　　　　　Chief, United States Bankruptcy Judge