UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF WISCONSIN DIVISION 22
www.wied.uscourts.gov 2014 OCT 31 9:10
In re: Case No. 14-31425 Chapter 13
Debtor. ___WILLIAM JOHN FOLEY_____/ In re:
William John Foley
Debtor. _____/ Plaintiff, Pro Se

### Motion To Convert This Chapter 13 into a Chapter 11

At debtor's 341 Hearing, U.S.Trustee Mary Grossman advised debtor his Filing of a Chapter 13 Petition was inappropriate due to the amount of the claimed indebtedness and that her office would make a MOTION TO DISMISS based on those grounds.

Debtor apologizes to the Court for this error and asks this Court to accept this debtor's MOTION TO CONVERT THIS CASE TO A CHAPTER 11, allow debtor additional time to deposit the correct filing fees and resubmit the correct Chapter 11 Schedules within fourteen days of APPROVING this motion per the Local Rules.

This was submitted by Debtor on October 31st, 2014.

Dated  OCTOBER 31, 2014

Respectfully submitted,

_____
William J. Foley, Pro Se