



*Janet L. Medlock*
*Clerk, U.S. Bankruptcy Court*

*126 U.S. Courthouse*
*517 East Wisconsin Ave.*
*Milwaukee, WI 53202−4581*
*414−297−3291*
*www.wieb.uscourts.gov*

*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

To: William J. Foley
     11400 W. Bluemound Road
     Suite 300
     Brookfield, WI 53226

IN RE:        **William J. Foley**
Case No.    **14−31425−pp**
Chapter:    **13**

The motion you have filed is being processed. Please remit the appropriate filing fee within 14 days of the date of this notice. Failure to do so may result in the dismissal of this case. Based on the fees below, please remit $932.00.

☐       When a debtor moves the court to split a joint case, the clerk must charge a fee equal to the current filing fee of the chapter under which the joint case is pending.

☑       A conversion fee is payable upon the filing of a motion to convert or notice of conversion. The conversion fee for a Chapter 13 to a chapter 11 is $932.00.

Dated: November 3, 2014

**JANET L. MEDLOCK**
Clerk of Court

By:   Hani K.
      Deputy Clerk

**Please make your fee payment through Pay.gov within 24−hours, if you filed your document electronically in CM/ECF.** If your document was filed conventionally, please return this letter with the requested fee to the address above. Checks or Money Orders should be made payable to **Clerk, U.S. Bankruptcy Court**. The Clerk's Office does not accept debtors' check.