1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: **William J. Foley**,  Case No.14-31425-pp

Debtor,  Chapter 13

**NOTICE OF DEBTOR'S MOTION TO CONVERT
THIS CHAPTER 13 INTO A CHAPTER 11 CASE**

**PLEASE TAKE NOTICE** that on October 31, 2014, the pro-se debtor, William J. Foley, filed a Motion to Convert this Chapter 13 to a Chapter 11 case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, you or your attorney need to file a written objection to the motion and a request for hearing, by **Friday, November 21, 2014.** The written objection and request for hearing should be sent to:

> Clerk, U.S. Bankruptcy Court
> United States Courthouse
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202

If you mail your request and objection to the Court for filing, you must mail it early enough so that the Court receives the objection by **4:30 p.m. on Friday, November 21, 2014.** You must also mail copies of the written objection and request for hearing to:

> William J. Foley
> 11400 W. Bluemound Road
> Suite 300
> Brookfield, WI 53226

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may grant the relief requested in the motion.

Dated this 3rd of November, 2014.

# # # # #