Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039
414-264-6453

November 3rd 2014

Clerk, U.S. Bankruptcy Court
United States Courthouse
517 E. Wisconsin Avenue, Room 126
Milwaukee, WI 53202

To the Clerk,

I hope this letter finds you well.

I now ask that the motions I have already filed be added to the November 25th 11:30 hearing be added to the existing hearing date.

And I'd like the determination of Debtor William Foley's vexious nature motion be heard also at that time.

Trying to move the ball forward I remain

Marc Rassbach