UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,  ) Case No.: 14-31425-PP
            ) 
   Creditor ) Motion for Sanctions under Rule
            ) 11 due to Debtor William Foley
William Foley ) being a vexious litigant in the
            ) form of lifetime bar from
   Debtor   ) filing Federal Court related
            ) paperwork without Courts
            ) permission.

As a creditor of Mr. Foley AND having spent the time and effort to examine the public record of Mr. Foley Creditor Marc Rassbach now moves The Court to consider Debtor William Foley in violation of Rule 11 and asks for the relief of ALL Creditors that Debtor William Foley be forbidden to file anything in the Federal Court system until the day of his death and may only be released from this restriction once Debtor William Foley has filled out all Bankruptcy forms correctly and in such a manner where his answers match the existing answers in the public record or a full explanation for any difference be given therein.  Once submitted to the Court and approved may filing of a case proceed.

The purpose of a Court is to be a forum where the truth is ascertained.  The reason for filling out the forms is to get to the truth so a wise and fair decision can be made.  Part of the

- 1 -
William Foley is vexing.

reason for the timely filling out of forms is to avoid Rule 11 secton B (1) "increasing the cost of litigation;" The legal style of Debtor William Foley grabbing the wrist of Debtor William Foley's legal opponents then slashing both Debtor William Foley's and Creditors wrists and seeing who bleeds out first should come to an end.

Requesting a Judge to return property like the automobile which seems to have never been Debtor William Foley's based on what appears to be a correct title should stand as an example of what injustice the Court could do without proper examination into the claims made.

The totality of the Bankruptcy filings of Mr. Foley related cases shows a lack of commitment to the Bankruptcy process. The actions in THIS case show a lack of commitment to the Bankruptcy process. The actions in other Courts should be considered as a professional courtesy but would seem to run afoul of standing and jurisdictional issues.

Creditor Marc Rassbach would happily withdraw this Motion if Debtor William Foley was to fill out the required paperwork for 14-31425-pp fully and such that all answers are in compliance with past public statements on each item. At the last Creditors meeting

- 2 -
William Foley is vexing.

Case 14-31425-pp    Doc 66    Filed 11/05/14    Page 2 of 3

Foley was asked to submit corrections and the only correction given to date has been the addition of "Suite 300" to the existing record.

Given the above Creditor Marc Rassbach now moves this honorable Court to grant the relief sought.

DATED: November 4, 2014

_____
MARC RASSBACH
Creditor

PO Box 39
Milwaukee, WI  53201-0039
414-264-6453
perrule11@outlook.com