UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

MARC RASSBACH,                           ) Case No.: 14-31425-PP
                                         )
         Creditor                        ) Written Objection to Motion of
                                         ) Debtor William Foley To Convert
William Foley                            ) from Chapter 13 to Chapter 11
                                         ) Due To Lack of Paperwork and
         Debtor                          ) another reason or 2.
                                         )

As a creditor of Mr. Foley AND having spent the time and effort to examine the public record of Mr. Foley I object to Debtor William John Foley to convert from Chapter 13 to Chapter 11.

Opening the objection with the weak hand, Debtor William Foley has not even bothered to correctly fill in STATEMENT OF FINANCIAL AFFAIRS found in Document 44 starting on Page 22. Income from employment or operation of business Debtor says NONE. Debtor claims no payments were made to anyone within one year of the filing of the Chapter 13 on Page 24 yet Debtor William Foley has stated $600 Million in worth. To have $600 Million in worth tied to a small business and make $0 Dollars from it should put someone in a top 10 list of sucktacular business failures someplace.

On page 24 Mr. Foley does not list the Writ executed VS Water Street Sandwich Kings at 612 North Water Street as an answer to

- 1 -
Objection! Conversion to Chapt. 11.

Question 4 letter B and in fact states NONE to the question asking for a description of things attached, garnished or seized. Pal Steel in Jefferson County Case 2014SC000395 lists Debtor William Foley due to as I understand custom woodworking that was used in the store at 612 N Water Street. Oh, and Creditor US Foods lists the very same Water Street Sandwich Kings Inc as a business tied to Debtor William Foley. Someone's Something was seized at 612 North Water Street and should have been listed or it should be explained how NONE was answered.

There are no transfers listed on Page 26 Number 10 section B or Section A. A fine example of transfer questions would be How is Molly Foley this 50% owner? How is it that William Foley is speaking on behalf of this 50% owner of something named Molly Foley? How did the assets and control of the rented location go from Three Sandwich Kings LLC to Prospect and North Sandwich Kings Inc? The State of Wisconsin has no paperwork showing an asset conversion from an LLC to an INC format the last time I asked for the records. An explanation of how Molly Foley, an attorney known to the State of Wisconsin Bar as **Member ID:** 1035244 became enough in charge to authorize a transfer and yet show no transfer should be explained. How did Debtor William Foley come to possess the home at 3831 North Willis Place as identified in the Creditors meeting —

- 2 -
Objection! Conversion to Chapt. 11.
Case 14-31425-pp    Doc 67    Filed 11/05/14    Page 2 of 6

was this in the style of Byron Kilborun obtaining the Home of a Doctor that became a Masonic Lodge? And the even more interesting transfer question — How did Debtor William Foley come to claim a car as his while it appears the State of Wisconsin says the car was the property of a different entity? So many possible asset transfer questions that NONE seems to skip over.

Prior Address of Debtor — this has also not been filled out correctly and should therefore forbade Debtor William Foley the protection of this Court.

The lack of participation in the Bankruptcy process to date shown to this honorable Court should be considered due to the increased reporting requirements of §308(b) along with the duties under §1116. Debtor William Foley has not provided the updates beyond the address information per the LAST Creditors meeting, why should the Court or Creditors believe Debtor William Foley will participate in the more stringent Chapter 11 documentation? The disappointment in Debtor William Foley's lack of correct paperwork filing would only continue.

The Stronger Hand I shall now deliver my objection with is due to the lack of ANY BUSINESSES listed in Document 44 on Page 28 Number 18 means Debtor William Foley has no right to Chapter 11

protection.   No Businesses listed there is NO WAY for him to Qualify for Chapter 11 protection.

And the final, best and Strongest reason to not allow Debtor William Foley to convert to Chapter 11 is the Definition of a Small Business Chapter 11.   11 US Code 101 51D (A)

*(A) subject to subparagraph (B), means a person engaged in commercial or business activities (including any affiliate of such person that is also a debtor under this title and excluding a person whose primary activity is the business of owning or operating real property or activities incidental thereto) that has aggregate noncontingent liquidated secured and unsecured debts as of the date of the filing of the petition or the date of the order for relief in an amount not more than $2,000,000 (excluding debts owed to 1 or more affiliates or insiders) for a case in which the United States trustee has not appointed under section 1102 (a)(1) a committee of unsecured creditors or where the court has determined that the committee of unsecured creditors is not sufficiently active and representative to provide effective oversight of the debtor;*

Basic Math and debts of $1455652.95 + $21762.39 + $159816.73 from the claims registry in addition to $39705.73 from Waukesha 2011SC1656 + $1906325.15 from Milwaukee 2013CV2944 comes to

$3,583,262.95. Other Creditors have not checked in due to the lack of being listed by Debtor William Foley such as the Wisconsin Department of Workforce Development or Papa's Bakery or TDS Metrocom or the landlords of the various places of wherever the not-listed business were. **And there is no unsecured section 1102 committee appointed at this time by the US Trustee nor has one been asked for by the Debtor.** The participation of Debtor William Foley with such a committee is not anticipated if one were to be appointed, and the documented indigent status of Debtor William Foley in Milwaukee 2014CF3442 creates certain challenges to retain professionals to assist such a committee.

Because Basic Math says $3,583,262.95 exceeds even the US House adjusted amount of $2,490,925 as of Nov 2nd 2014.

Therefore due to the debt exceeding the limits of a Chapter 11 small business, the lack of any business being listed to even qualify for a Chapter 11, the lack of a running business and cash flow, along with the visible non-participation of Debtor William Foley in the Bankruptcy process Creditor Marc Rassbach finds the conversion from Chapter 13 to Chapter 11 objectionable.

And for some bizarre reason The Court keeps listing myself as bypassed, but the instructions that odds are are only on-line for Creditor Marc Rassbach and Creditor Marc Rassbach has to pay* for via PACER state:

"The written objection and request for hearing should be sent to:" as this is the written objection I shall also request a hearing date of, oh, how about November 25th? That is over 21 days out. How does 11:30 AM in room 149 of the Federal Courthouse sound? Therefore I have taken the two steps listed of objecting and asking for a hearing date and therefore should not run afoul of "If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may grant the relief requested in the motion."

*(Creditor Marc Rassbach feels for the other Creditors who have to pay Lawyer rates per hour to deal with Debtor William Foley.)

DATED: November 4, 2014

_____
MARC RASSBACH
Creditor

PO Box 39
Milwaukee, WI 53201-0039
414-264-6453
perrule11@outlook.com

- 6 -
Objection! Conversion to Chapt. 11.
Case 14-31425-pp    Doc 67    Filed 11/05/14    Page 6 of 6