```
                         United States Bankruptcy Court
                          Eastern District of Wisconsin
In re:                                                       Case No. 14-31425-pp
William J. Foley                                             Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0757-2      User: hk              Page 1 of 1         Date Rcvd: Nov 03, 2014
                          Form ID: ltrreqc     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2014.
db              +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
              Joan M. Shepard    on behalf of Creditor Attorney Joan  Sandwich Kings, LLC, d/b/a Suburpia, et
               al. joanymsheep@gmail.com,    jshepard@nistlerlaw.com
              Mary B. Grossman    on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com
              Mary B. Grossman    ecf@chapter13milwaukee.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor   Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 5



*Janet L. Medlock*
*Clerk, U.S. Bankruptcy Court*

*126 U.S. Courthouse*
*517 East Wisconsin Ave.*
*Milwaukee, WI 53202−4581*
*414−297−3291*
*www.wieb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk

| | | | |
|---|---|---|---|
| To: | William J. Foley<br>11400 W. Bluemound Road<br>Suite 300<br>Brookfield, WI 53226 | IN RE:<br>Case No.<br>Chapter: | **William J. Foley**<br>**14−31425−pp**<br>**13** |

The motion you have filed is being processed. Please remit the appropriate filing fee within 14 days of the date of this notice. Failure to do so may result in the dismissal of this case. Based on the fees below, please remit $932.00.

☐ When a debtor moves the court to split a joint case, the clerk must charge a fee equal to the current filing fee of the chapter under which the joint case is pending.

☑ A conversion fee is payable upon the filing of a motion to convert or notice of conversion. The conversion fee for a Chapter 13 to a chapter 11 is $932.00.

Dated: November 3, 2014

**JANET L. MEDLOCK**
Clerk of Court

By: Hani K.
Deputy Clerk

**Please make your fee payment through Pay.gov within 24−hours, if you filed your document electronically in CM/ECF.** If your document was filed conventionally, please return this letter with the requested fee to the address above. Checks or Money Orders should be made payable to **Clerk, U.S. Bankruptcy Court**. The Clerk's Office does not accept debtors' check.