```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-pp
William J. Foley                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2          User: lmi              Page 1 of 1           Date Rcvd: Nov 04, 2014
                              Form ID: pdf1          Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
db            +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049
credaty       +Joan Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler & Condon, s.c.,
               7000 West North Avenue,   Wauwatosa, WI 53213-1943
ptcrd         +Watercrest Investments,   924 E. Juneau Avenue,   Milwaukee, WI 53202-2748
9089911       +George Papas,   6055 S. Howell Ave,   Milwaukee, WI 53207-6233
9074114       +US Foods, Inc.,   Kohner, Mann & Kailas, S.C.,   4650 N. Port Washington Road,
               2nd Floor North,   Milwaukee, WI 53212-1077
9020997       +Wisconsin Department of Revenue,   PO Box 8901,   Madison, WI 53708-8901
9022978        Wisconsin Department of Revenue,   Attn: Special Procedures, MS 4-SPU,   PO BOX 8901,
               Madison WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9020996       +E-mail/Text: cio.bncmail@irs.gov Nov 05 2014 01:39:40     Internal Revenue Service,
               PO Box 7346,   PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Marc Rassbach
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2014 at the address(es) listed below:
         Joan M. Shepard   on behalf of Creditor Attorney Joan  Sandwich Kings, LLC, d/b/a Suburpia, et
          al. joanymsheep@gmail.com,  jshepard@nistlerlaw.com
         Mary B. Grossman   on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com
         Mary B. Grossman    ecf@chapter13milwaukee.com
         Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
         Robert N. Meyeroff   on behalf of Petitioning Creditor   Watercrest Investments
          rmeyeroff633@sbcglobal.net
                                                                                           TOTAL: 5
```

1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: **William J. Foley**,          Case No.14-31425-pp

       Debtor,          Chapter 13

**NOTICE OF DEBTOR'S MOTION TO CONVERT
THIS CHAPTER 13 INTO A CHAPTER 11 CASE**

       **PLEASE TAKE NOTICE** that on October 31, 2014, the pro-se debtor, William J. Foley, filed a Motion to Convert this Chapter 13 to a Chapter 11 case.

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. If you do not have an attorney, you may wish to consult one.**

       If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, you or your attorney need to file a written objection to the motion and a request for hearing, by **Friday, November 21, 2014.** The written objection and request for hearing should be sent to:

       Clerk, U.S. Bankruptcy Court
       United States Courthouse
       517 E. Wisconsin Avenue, Room 126
       Milwaukee, WI 53202

       If you mail your request and objection to the Court for filing, you must mail it early enough so that the Court receives the objection by **4:30 p.m. on Friday, November 21, 2014.** You must also mail copies of the written objection and request for hearing to:

       William J. Foley
       11400 W. Bluemound Road
       Suite 300
       Brookfield, WI 53226

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may grant the relief requested in the motion.

       Dated this 3rd of November, 2014.

# # # # #