# AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                             ) SS
MILWAUKEE COUNTY   )

      **CHERYL L. CROSS**, of Milwaukee, Wisconsin, being first duly sworn, on oath, says

that she is an employee of Nistler & Condon, s.c., and that on the 20th day of November, 2014,

she mailed, properly enclosed in a postage-paid envelope, a copy of **Creditors' Objection to**

**Debtor's October 31, 2014 Motion "To Convert This Chapter 13 Into a Chapter 11,"** and a

copy of the **Affidavit of Joan M. Shepard**, and a copy of **Exhibits A-G** addressed as follows:

> William Foley
> 11400 W. Bluemound Rd.
> Suite 300
> Brookfield, WI 53226

*Cheryl L. Cross*

Cheryl L. Cross

Subscribed and sworn to before me
this _20_ day of November, 2014.

*Joan M. Shepard*

Joan M. Shepard
Notary Public, State of Wisconsin
My commission is permanent.