FILED
2014 NOV 25 PM 2:08
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

11/25

TO WHOM IT MAY CONCERN

PLEASE ACCEPT THIS AS MY REQUEST TO CONVERT MY CHAPTER 13 CASE TO A CHAPTER 7.

# 14-31425

William S. Foley
11400 W. Beechwood
Milwaukee, 53226