IN RE:   William J. Foley,                                Case No. 14–31425–gmh
                        Debtor.                            Chapter 7

## NOTICE OF EVIDENTIARY HEARING

TO:   William J. Foley                          Trustee Douglas F. Mann

**PLEASE TAKE NOTICE** that a hearing on (1) Evidentiary Hearing on Debtor's Emergency Motion Regarding the Automatic Stay; (2) Evidentiary Hearing on Debtor's Motion for Partial Summary Judgment for Violation of the Automatic Stay; and (3) Preliminary Hearing on Marc Rassbach's Motion to Dismiss pursuant to section 707(b) will be held on **January 28, 2015, at 10:30 AM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

Dated: December 3, 2014                        BY THE COURT:

                                               G. Michael Halfenger
                                               United States Bankruptcy Judge