UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN ___DIVISION
www.wied.uscourts.gov
In re: Case No. 14-31425 Chapter 13
Debtor. ___WILLIAM JOHN FOLEY_____/
In re:_____ William John Foley_____/ Plaintiff, Pro Se

## MOTION TO ORDER STAY OF FELONY TRIAL PROCEEDINGS OF DEBTOR IN MILWAUKEE COUNTY CIRCUIT COURT BRANCH 20 PENDING COMPLETION OF PROCEEDINGS OF CHAPTER 7 CASE

CREDITOR Sandwich Kings, LLC.'s conspirators not content to attempt to convert debtor's 50% interest In creditor corporation, in a spurious effort to further distract debtor's focus and effort and resolve to seek justice against creditor's criminal conspiracy, has successfully lobbied the Milwaukee County District Attorney's Office to pursue absurd multiple felony convictions and an inflammatory character defamation charges against debtor, a well known Milwaukee business leader and quality part-time employer of nearly fifty years.

1. The Milwaukee County District Attorney's Office:
    1. Planted a press release referring to a Home Depot merchant account as a "credit card" elevating fraudulent sworn testimony of a manipulation of facts by Floyd Kramer aka Christan Kramer, minority partner of creditor, to "identity theft" a felony.
    2. Knowingly falsely charged debtor with malice and forethought, by personally visiting various Home Depot locations around Milwaukee with the intention of defrauding creditor or Home Depot ( The preferred vendor for seven years) using "charge ticket" dates to establish purported personal purchases by debtor.

FILED 2014 DEC -3 PM 2:45 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF WI

3. Knowingly offers as evidence "charge tickets" signed by creditor's sole independent contractor (the only authorized contractor or buyer for seven years) not by debtor.
4. The District Attorney's distaste for Governor Walker has become legendary in its relentless, disruptive, wasteful obsession and his associates, knowing that debtor, a 47 year Wisconsin businessperson and current supporter of Governor Walker, who has also personally known, for nearly 30 years, Michael Grebe, <u>Walker For Governor</u> campaign manager, attempted to insure that debtor and debtor's friend, the most successful national presidential political marketing/advertising veteran, would have to withdraw from consideration of any involvement in the Governor's re-election campaign due to these politically motivated charges.

This was submitted by Debtor on December 3, 2014.

Dated DECEMBER 3, 2014

Respectfully submitted,

William J. Foley, Pro Se