*Judge Vers*
*Un redacted*

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARC RASSBACH, | ) Case No.: 14-31425-PP |
| Creditor | ) MOTION FOR A RULE 2004 HEARING |
| William Foley | ) |
| Debtor | ) |

UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED

11:59 PM
AFTER HOURS

As a creditor of Mr. Foley AND having spent the time and effort to examine the public record of Mr. Foley Creditor Marc Rassbach now moves The Court to consider a Rule 2004 hearing for Debtor William Foley.

As noted in unrefuted affidavits filed by both Attorney Joan Sheperd and Creditor Marc Rassbach Debtor William Foley claiming a car was his appears to not be the case due to the title.

As noted in Debtor William Foley's form filed as Doc 44 there is a claim of a stake in a trade name worth $100 Million. Yet, as noted by the unrefuted affidavit filed by Creditor Marc Rassbach the US Patent and Trademark office shows the only known trade name is under the name Molly Foley, not debtor William Foley.

- 1 -
Motion for Rule 2004 hearing.

Creditor Marc Rassbach is aware of claims that Tri-City National Bank had account 6110702 which was under the name Sandwich Kings but only William Foley had access to this account. Almost $200,000 was transferred from other Sandwich Kings accounts into that account with no record of transfers back out to the business. Tracy@sequenceinc.com appears to have been the main contact who looked into the matter. Creditor Marc Rassbach is also aware of the use of names like Jack Foley, John Foley, Jack Ryan, Jack Brenk, and Will Kramer and Creditor Marc Rassbach suspects assets may be hidden under these assumed identities.

There is a known lack of trade names submitted in this case as the 2 previous bankruptcies this year cited 3 physical locations where assets were located. What exactly was owned by whom should be examined into.

Given the above Creditor Marc Rassbach now moves this honorable Court to grant the relief sought.

DATED: December 5, 2014

_____
MARC RASSBACH
Creditor

PO Box 39
Milwaukee, WI 53201-0039
414-264-6453
perrule11@outlook.com

*Pacer vs*

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARC RASSBACH, | Case No.: 14-31425-PP |
| Creditor | MOTION FOR A RULE 2004 HEARING |
| William Foley | UNITED STATES COURTS<br>EASTERN DISTRICT OF WISCONSIN<br>FILED |
| Debtor | |
| | 11:59 PM<br>AFTER HOURS |

As a creditor of Mr. Foley AND having spent the time and effort to examine the public record of Mr. Foley Creditor Marc Rassbach now moves The Court to consider a Rule 2004 hearing for Debtor William Foley.

As noted in unrefuted affidavits filed by both Attorney Joan Sheperd and Creditor Marc Rassbach Debtor William Foley claiming a car was his appears to not be the case due to the title.

As noted in Debtor William Foley's form filed as Doc 44 there is a claim of a stake in a trade name worth $100 Million. Yet, as noted by the unrefuted affidavit filed by Creditor Marc Rassbach the US Patent and Trademark office shows the only known trade name is under the name Molly Foley, not debtor William Foley.

Creditor Marc Rassbach is aware of claims that REDACTED which was under the name REDACTED but only William Foley had access to this account. Almost $REDACTED was transferred from other REDACTED accounts into that account with no record of transfers back out to the business. REDACTED. Creditor Marc Rassbach is also aware of the use of names like Jack Foley, REDACTED and Creditor Marc Rassbach suspects assets may be hidden under these assumed identities.

There is a known lack of trade names submitted in this case as the 2 previous bankruptcies this year cited 3 physical locations where assets were located. What exactly was owned by whom should be examined into.

Given the above Creditor Marc Rassbach now moves this honorable Court to grant the relief sought.

DATED: December 5, 2014

MARC RASSBACH
Creditor

PO Box 39
Milwaukee, WI 53201-0039
414-264-6453
perrule11@outlook.com

- 2 -
Motion for Rule 2004 hearing.

Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039

December 5th, 2014

Clerk of The Bankruptcy Court
Janet L Medlock
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee WI 53202-4581

Ms. Medlock,

Would you be so kind as to file the request for a Rule 2004 hearing to be placed on the schedule in 14-31425-gmh?

Enclosed is the motion and the redacted of account information for PACER motion and in a couple of days the affidavit of mailing will be filed if you need to wait for the affidavit of mailing.

I am lookking forward to a Rule 2004 mmeeting to clear up some details.

Be seeing you,

Marc Rassbach