Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039

December 4th, 2014

Clerk of The Bankruptcy Court
Janet L Medlock
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee WI 53202-4581

*United States Bankruptcy Court Mail — RECEIVED DEC - 5 2014*

Ms. Medlock,

Hi again? I'm guessing you are thinking to yourself "what now?"

Freedom of Information Act Request

This is a request under the Freedom of Information Act.

I request that a copy of the recording made at the Meeting of the creditors held on 10/24/2014 in 14-31425-gmh. For some reason it is not part of the PACER set of records.

In order to help to determine my status to assess fees, you should know that I am Marc Rassbach. This request is made as part of my being a Creditor and in attendence at the 10/24/2014 meeting and not for a commercial use.

Marc Rassbach is ALSO an individual seeking information not for a commercial use.

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of Debtor William Foley. That and it was a public hearing.

Thank you for your consideration of this request.

Be Seeing You

*[signature]*

Marc Rassbach

Marc Nassbach
PO Box 39
Milwaukee WI
53201-0039

FOIA Request

Clerk of the Bankruptcy Court
Janet L Medlock
Room 126, US Courthouse
517 East Wisconsin Ave
Milwaukee WI 53202-4596