THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 15, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

    William J. Foley,                Case No. 14-31425-GMH

    Debtor.                           Chapter 7

**SECTION 362(j) ORDER**

      Mark Rassbach, a self-proclaimed creditor listed on the debtor's Rule 1007(a)(1) matrix, has moved the court for an order confirming that the stay imposed by 11 U.S.C. §362(a) terminated on the 30th day after this case was filed by operation of §362(c). Section 362(c)(3) provides that if an individual debtor had a case pending within a year of filing a second case, the §362(a) stay terminates 30 days after the debtor files the second case, unless, within that period, the court determines that the debtor filed the case in good faith and orders an extension of the stay. 11 U.S.C. §362(c)(3).

      The debtor commenced a chapter 11 case, No. 14-24438, on April 15, 2014, which the court dismissed on May 15, 2014. He commenced this case on September 10, 2014.

Section 362(c)'s 30-day period has expired. The court did not extend the stay within that period.

Therefore, IT IS ORDERED that the automatic stay imposed by 11 U.S.C. §362(a) terminated on October 10, 2014.

#####