*Janet L Medlock*
*Clerk of Court*



*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

*126 U.S. Courthouse*
*517 E. Wisconsin Ave.*
*Milwaukee, WI 53202-4581*
*414-297-3291*
*www.wieb.uscourts.gov*

December 11, 2014

Mr. Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039

Dear Mr. Rassbach:

I am in receipt of your letter dated December 4, 2014 in which you requested a recording of the Meeting of Creditors held on October 24, 2014 in case number 14-31425-gmh.

The United States Bankruptcy Court for the Eastern District of Wisconsin does not receive nor retain audio or transcript records of the Meeting of Creditors. The Meeting of Creditors is conducted by the Office of the United States Trustee. It is that office, and not the court, that keeps records of those proceedings. The contact information for that office is as follows.

Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
Phone: (414) 297-4499

I hope this letter satisfies your request. If not, please contact me using the information below.

Kind regards,

Janet L. Medlock
Clerk of Court
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202
Phone: (414) 297-3291