```
                          United States Bankruptcy Court
                          Eastern District of Wisconsin
In re:                                                       Case No. 14-31425-gmh
William J. Foley                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0757-2        User: lmi              Page 1 of 1           Date Rcvd: Dec 15, 2014
                            Form ID: pdfhrg        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2014.
db           +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
credaty      +Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler & Condon, s.c.,    7000 West North Avenue,
              Wauwatosa, WI 53213-1943
ptcrd        +Watercrest Investments,    924 E. Juneau Avenue,    Milwaukee, WI 53202-2748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Marc Rassbach
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2014 at the address(es) listed below:
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com, jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor    Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                              TOTAL: 4

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 12, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

William J. Foley,                                                Case No. 14-31425-GMH

          Debtor.                                                  Chapter 7

### ORDER GRANTING MARC RASSBACH'S MOTION FOR A RULE 2004 EXAMINATION

Creditor Marc Rassbach filed a motion for a rule 2004 hearing to examine the debtor regarding certain assets and liabilities.

The creditor's motion is GRANTED. A Rule 2004 examination of the debtor, William J. Foley, will be conducted on **January 23, 2015 at 2:00 p.m. at the U.S. Courthouse, 517 E. Wisconsin Avenue, Room 133, Milwaukee, Wisconsin 53202.** The Rule 2004 examination will be conducted for no more than two hours without further leave of court for good cause shown. The debtor is ordered to appear on January 23, 2015 and attend the Rule 2004 examination.

#####

2