UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: William J. Foley, | Case No. 14–31425–gmh |
| Debtor. | Chapter 7 |

## NOTICE OF PRELIMINARY HEARING

TO: William J. Foley      Trustee Douglas F. Mann
                                    William J. Foley
                                    Marc Rassbach

**PLEASE TAKE NOTICE** that a hearing on (1) Marc Rassbach's Motion for Trustee to Secure Asset and (2) Marc Rassbach's Motion to Reconsider will be held on **January 23, 2015, at 01:45 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley and Marc Rassbach are each required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: December 24, 2014                      BY THE COURT:

                                                                          G. Michael Halfenger
                                                                          United States Bankruptcy Judge