UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,  
                    Debtor.

Case No. 14–31425–gmh  
Chapter 7

## NOTICE OF PRELIMINARY HEARING

TO:    William J. Foley                    Trustee Douglas F. Mann  
                                                    Marc Rassbach  
                                                    William J. Foley

**PLEASE TAKE NOTICE** that a hearing on Marc Rassbach's Motion for Order of Discovery will be held on **January 23, 2015, at 01:45 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: December 31, 2014                                        BY THE COURT:

                                                                                   G. Michael Halfenger  
                                                                                    United States Bankruptcy Judge