```
                            United States Bankruptcy Court
                             Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: saa                Page 1 of 1              Date Rcvd: Dec 31, 2014
                              Form ID: hrntgmh1        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2015.
db             +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
cr             +Marc Rassbach,    PO Box 39,    Milwaukee, WI 53201-0039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2015                        Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2014 at the address(es) listed below:
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney   Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com, jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor   Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,          Case No. 14–31425–gmh
           Debtor.          Chapter 7

## NOTICE OF PRELIMINARY HEARING

TO:     William J. Foley          Trustee Douglas F. Mann
                                      Marc Rassbach
                                      William J. Foley

**PLEASE TAKE NOTICE** that a hearing on Marc Rassbach's Motion for Order of Discovery will be held on **January 23, 2015, at 01:45 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

Dated: December 31, 2014                 BY THE COURT:

                                                             G. Michael Halfenger
                                                            United States Bankruptcy Judge