UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

           Debtor.

Case No. 14-31425-pp
Chapter 7

Hon. Michael Halfenger

**CREDITORS' MOTION TO ADJOURN/DISMISS EVIDENTIARY HEARING ON DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR VIOLATION OF THE AUTOMATIC STAY DUE TO THE DEBTOR WITDHRAWING THE MOTION ON THE RECORD AT THE NOVEMBER 25, 2014 HEARING BEFORE THE HONORABLE PAMELA PEPPER.**

Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, by Nistler Law Office, s.c., by Attorney Joan M. Shepard, hereby move this Court to adjourn/dismiss the evidentiary hearing set for January 28, 2015 at 10:30 a.m. specifically as to the Debtor's motion for partial summary judgment for violation of the automatic stay. On November 25, 2014, the Debtor, on the record, withdrew the motion, and the Court granted the Debtor's request to withdraw the motion for partial summary judgment. (*See* Docket # 96, Court Minutes and Order, page 2-3.) Accordingly, the issue is no longer before the Court.

## CONCLUSION

For the reasons set forth, the Creditors and Nistler & Condon, s.c. and Attorney Shepard, request that the Court dismiss the evidentiary hearing regarding Debtor's motion for partial summary judgment.

The Creditors have uploaded an Order for the Court's signature related to this motion as of the date indicated below.

Dated this 5th day of January, 2015.

    /S/ Joan M. Shepard
Joan M. Shepard
Wis. State Bar No. 1072649
Brent D. Nistler
Wis. State Bar No. 1033990
Attorney for Creditors

Nistler & Condon, s.c.
7000 W. North Ave.
Wauwatosa, WI 53213
jshepard@nistlerlaw.com
bnistler@nistlerlaw.com
Phone: 414-763-1147
Facsimile: 414-988-9572