UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

        Debtor.

Case No. 14-31425-pp
Chapter 7

Hon. Michael Halfenger

### AFFIDAVIT OF MAILING

STATE OF WISCONSIN   )
                                ) SS
MILWAUKEE COUNTY   )

     **CHERYL L. CROSS**, of Milwaukee, Wisconsin, being first duly sworn, on oath, says that she is an employee of Nistler & Condon, s.c., and that on the 5th day of January, 2015, she mailed, properly enclosed in a postage-paid envelope, a copy of the following:

- **CREDITORS' MOTION TO ADJOURN/DISMISS EVIDENTIARY HEARING ON DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR VIOLATION OF THE AUTOMATIC STAY DUE TO THE DEBTOR WITDHRAWING THE MOTION ON THE RECORD AT THE NOVEMBER 25, 2014 HEARING BEFORE THE HONORABLE PAMELA PEPPER;** and
- **ORDER DISMISSING EVIDENTIARY HEARING ON DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR VIOLATION OF THE AUTOMATIC STAY;**

addressed as follows:

      William Foley
      11400 W. Bluemound Rd.
      Suite 300
      Brookfield, WI 53226

                                                          *Cheryl L. Cross*
                                                          Cheryl L. Cross

Subscribed and sworn to before me
this 5th day of January, 2015.

*Joan M. Shepard*
Joan M. Shepard
Notary Public, State of Wisconsin
My commission is permanent.