Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039

Jan 6th, 2015

Clerk of The Bankruptcy Court
Janet L Medlock
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee WI 53202-4581

To whom this may concern:

File this as you wish. Roundfile even.

But in the communication known as Doc 4 in 81-20712-gmh it strikes me there are corrections to be made to the case and to the form letter.

The 1st is the coding of 81-20712-gmh in the system. My understanding is the case was a Chapter 7 that started as a Chapter 11. 14-31425 is coded as a Chapter 7 and it started "life" as a Chapter 13 and I do not understand the difference in coding. Please advise.

The 2nd is the file cost from Chicago was higher than $53 when I paid to have it xfered up. $53 was the cost I was quoted and it turns out there was a new price schedule. You might wish to add to the list of the overworked staff modification of form letters so they reflect the new price shedules if one is in place that effects the communication in question.

And FYI my formal response to Doc 4 I went with option 2 VS option 3 or 4. Option 1 was a "No" response. Options 3 and 4 were far too wordy and made me sound MORE of an asshole than I normally come across as. I try not to sound like such, but I guess I have to go with my strengths.

Be Seeing You

Marc Rassbach

No ned @ 2 Ah-fYI



Marc Thomas Rassbach
PO Box 39
Milwaukee, WI 53201-0039



Clerk of The Bankruptcy Court
Janet L Medlock
Room 126
US Courthouse
517 E Wisconsin Ave
Milwaukee WI
53202-4581

5320245042B

Case 14-31425-gmh    Doc 122    Filed 01/09/15    Page 3 of 3