THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 13, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

William J. Foley,                                   Case No. 14-31425-GMH

          Debtor.                                   Chapter 7

**ORDER GRANTING IN PART AND DENYING IN PART THE CHAPTER 7
TRUSTEE'S MOTION FOR TURNOVER**

The chapter 7 trustee filed a motion for turnover on January 7, 2015. The trustee's motion is GRANTED in part and DENIED in part. The debtor is ordered to provide the following information to the trustee within fourteen (14) days of the date of this order.

1. Proof of debtor's social security number;

2. All recipes, trademarks and nondisclosure agreements;

3. All tax returns for all income within the past three years;

4. Full name and address of debtor's sons, daughters and his mother;

5. All LLC corporate documents, all documents related to real estate investments, and all documents related to DKL Ventures, including, but not limited to, financing documents and agreements with the debtor's daughter;

6. Copies of all vehicle titles;

7. Copies of all recorded deeds or land contracts and mortgages for all real estate owned by the debtor;

8. Copies of the most recent real estate tax bills for all real estate owned by the debtor;

9. Copies of all payment advices or pay check stubs or other evidence of payment received within 60 days before the date of filing of the petition by the debtor from any employer of the debtor;

10. The name, address and telephone number of each person the debtor pays child support, alimony or spousal support or from whom the debtor receives child support, alimony or spousal support;

11. Copies of Non-Disclosure Agreements and trade filings;

12. Spice Recipe: a copy of the spice recipe that the debtor has listed as an asset;

13. Copies of any documents related to the transfer of assets by the debtor to anyone, including, but not limited to, the debtor's daughter, Molly.

The debtor retains the right to object to the trustee's requests for turnover of documents to the extent that the debtor contends that any such request is vague or overbroad.

The chapter 7 trustee's motion is DENIED without prejudice with respect to the trustee's request for turnover of "All Sandwich King pleadings".

#####