THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 13, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

William J. Foley,　　　　　　　　　　　　Case No. 14-31425-GMH

　　　　Debtor.　　　　　　　　　　　　Chapter 7

**ORDER**

　　　　Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC and Layton Sandwich Kings, LLC filed a "Motion to Adjourn/Dismiss Evidentiary Hearing on Debtor's Motion for Partial Summary Judgment for Violation of the Automatic Stay Due to the Debtor Withdrawing the Motion on the Record at the November 25, 2014 Hearing before the Honorable Pamela Pepper" (CM-ECF Doc. No. 117) (the "Motion to Dismiss Partial Summary Judgment") and a "Motion to Adjourn/Postpone Evidentiary Hearing on January 28, 2015" (the "Motion to Adjourn"). CM-ECF, Doc. No. 120.

On November 26, 2014, this case was reassigned to me. Upon reassignment I rescheduled the hearings that were currently pending on the court's docket, including a hearing on the debtor's "Motion for Partial Summary Judgment for Violation of Section 362 The Automatic Stay and for a Time of an Expedited Hearing if Required" (the "Motion for Partial Summary Judgment"). CM-ECF, Doc. No. 62. However, prior to the reassignment of this case to me, Judge Pepper held a hearing on November 25, 2014, during which the debtor orally withdrew his Motion for Partial Summary Judgment. CM-ECF, Doc. No. 96 at 2.

To the extent that the creditors' Motion to Dismiss Partial Summary Judgment requests that the court confirm that the debtor's Motion for Partial Summary Judgment has been withdrawn and that there is no evidentiary hearing scheduled on that motion on January 28, 2015, that motion is GRANTED. The Motion for Partial Summary Judgment has been withdrawn and no further hearing will be held on that motion.

The creditors' Motion to Adjourn the January 28, 2015, evidentiary hearing is DENIED. The court will hold an evidentiary hearing on the debtor's Emergency Motion Regarding the Automatic Stay, as well as a preliminary hearing on creditor Marc Rassbach's Motion to Dismiss pursuant to Section 707(b), on **January 28, 2015, at 10:30 a.m.**

# # # # #