```
                        United States Bankruptcy Court
                         Eastern District of Wisconsin
```

In re:                                                                Case No. 14-31425-gmh
William J. Foley                                                      Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2            User: lmi              Page 1 of 1            Date Rcvd: Jan 13, 2015
                                Form ID: pdfhrg        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
db             +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049
credaty        +Sandwich Kings, LLC, d/b/a Suburpia, et al.,   Nistler & Condon, s.c.,   7000 West North Avenue,
                 Wauwatosa, WI 53213-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                         Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney   Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com, jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor    Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 5

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 13, 2015

_____
G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

William J. Foley,                                    Case No. 14-31425-GMH

    Debtor.                                          Chapter 7

**ORDER GRANTING IN PART AND DENYING IN PART THE CHAPTER 7 TRUSTEE'S MOTION FOR TURNOVER**

The chapter 7 trustee filed a motion for turnover on January 7, 2015. The trustee's motion is GRANTED in part and DENIED in part. The debtor is ordered to provide the following information to the trustee within fourteen (14) days of the date of this order.

1. Proof of debtor's social security number;
2. All recipes, trademarks and nondisclosure agreements;
3. All tax returns for all income within the past three years;
4. Full name and address of debtor's sons, daughters and his mother;

5. All LLC corporate documents, all documents related to real estate investments, and all documents related to DKL Ventures, including, but not limited to, financing documents and agreements with the debtor's daughter;
6. Copies of all vehicle titles;
7. Copies of all recorded deeds or land contracts and mortgages for all real estate owned by the debtor;
8. Copies of the most recent real estate tax bills for all real estate owned by the debtor;
9. Copies of all payment advices or pay check stubs or other evidence of payment received within 60 days before the date of filing of the petition by the debtor from any employer of the debtor;
10. The name, address and telephone number of each person the debtor pays child support, alimony or spousal support or from whom the debtor receives child support, alimony or spousal support;
11. Copies of Non-Disclosure Agreements and trade filings;
12. Spice Recipe: a copy of the spice recipe that the debtor has listed as an asset;
13. Copies of any documents related to the transfer of assets by the debtor to anyone, including, but not limited to, the debtor's daughter, Molly.

The debtor retains the right to object to the trustee's requests for turnover of documents to the extent that the debtor contends that any such request is vague or overbroad.

The chapter 7 trustee's motion is DENIED without prejudice with respect to the trustee's request for turnover of "All Sandwich King pleadings".

#####