```
                    United States Bankruptcy Court
                     Eastern District of Wisconsin
```

In re:                                              Case No. 14-31425-gmh
William J. Foley                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2        User: lmi          Page 1 of 1        Date Rcvd: Jan 13, 2015
                            Form ID: pdfhrg     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
```
db           +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
cr           +Marc Rassbach,    PO Box 39,    Milwaukee, WI 53201-0039
credaty      +Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler & Condon, s.c.,    7000 West North Avenue,
               Wauwatosa, WI 53213-1943
ptcrd        +Watercrest Investments,    924 E. Juneau Avenue,    Milwaukee, WI 53202-2748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com,   jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor    Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                          TOTAL: 5

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 13, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

William J. Foley,                                    Case No. 14-31425-GMH

            Debtor.                                  Chapter 7

## ORDER

Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC and Layton Sandwich Kings, LLC filed a "Motion to Adjourn/Dismiss Evidentiary Hearing on Debtor's Motion for Partial Summary Judgment for Violation of the Automatic Stay Due to the Debtor Withdrawing the Motion on the Record at the November 25, 2014 Hearing before the Honorable Pamela Pepper" (CM-ECF Doc. No. 117) (the "Motion to Dismiss Partial Summary Judgment") and a "Motion to Adjourn/Postpone Evidentiary Hearing on January 28, 2015" (the "Motion to Adjourn"). CM-ECF, Doc. No. 120.

On November 26, 2014, this case was reassigned to me. Upon reassignment I rescheduled the hearings that were currently pending on the court's docket, including a hearing on the debtor's "Motion for Partial Summary Judgment for Violation of Section 362 The Automatic Stay and for a Time of an Expedited Hearing if Required" (the "Motion for Partial Summary Judgment"). CM-ECF, Doc. No. 62. However, prior to the reassignment of this case to me, Judge Pepper held a hearing on November 25, 2014, during which the debtor orally withdrew his Motion for Partial Summary Judgment. CM-ECF, Doc. No. 96 at 2.

To the extent that the creditors' Motion to Dismiss Partial Summary Judgment requests that the court confirm that the debtor's Motion for Partial Summary Judgment has been withdrawn and that there is no evidentiary hearing scheduled on that motion on January 28, 2015, that motion is GRANTED. The Motion for Partial Summary Judgment has been withdrawn and no further hearing will be held on that motion.

The creditors' Motion to Adjourn the January 28, 2015, evidentiary hearing is DENIED. The court will hold an evidentiary hearing on the debtor's Emergency Motion Regarding the Automatic Stay, as well as a preliminary hearing on creditor Marc Rassbach's Motion to Dismiss pursuant to Section 707(b), on **<u>January 28, 2015, at 10:30 a.m.</u>**

# # # # #