```
                            United States Bankruptcy Court
                             Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: lmi              Page 1 of 1              Date Rcvd: Jan 15, 2015
                              Form ID: pdf6          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2015.
db             +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                        Signature:   /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2015 at the address(es) listed below:
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com, jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Petitioning Creditor    Watercrest Investments
               rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 5

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 15, 2015



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:  
    WILLIAM J. FOLEY

Soc. Sec. No. xxx-xx-1727

Chapter 13 Bankruptcy Case

Case No. 14-31425 - GMH

ORDER APPROVING TRUSTEE'S
FINAL ACCOUNT

CASE CONVERTED
_____

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, RELEASING BOND OF TRUSTEE
AND CONCLUDING THIS CHAPTER 13 ADMINISTRATION
_____

    The Trustee reported that she received $0.00.

    The debtor converted this Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy on November 25, 2014.

    NOW THEREFORE,

    IT IS ORDERED that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and that the Chapter 13 administration of this case is concluded.

                                                                       ########