UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  
        WILLIAM J. FOLEY  
                Debtor

CASE NO. 14-31425-GMH  
(Chapter 7)

## MOTION TO COMPEL APPEARANCE AT CONTINUED §341 MEETING

NOW COMES, Douglas F. Mann, Chapter 7 Trustee of the above-captioned case, who moves the Court as follows:

1. The undersigned is the duly appointed, qualified and acting Chapter 7 Trustee in this case.
2. The Debtor filed Chapter 13 bankruptcy on September 10, 2014.
3. The case was converted to Chapter 7 on November 25, 2014.
4. The original §341 Meeting of Creditors was conducted on December 29, 2014 at 11:00am and was continued to January 15, 2015 at 1:30 pm.
5. At the continued date and time, there was no appearance by the Debtor nor word from him regarding an appearance.
6. Trustee waited ½ hour for an appearance and has now continued the case to February 12, 2015 at 1:30 pm in Milwaukee.

WHEREFORE, the Trustee moves the Court as follows:

1. For an Order compelling the Debtor to appear at a continued §341 Meeting on February 12, 2015 at 1:30 pm in Room 428 of the US Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.
2. For such other relief as is needed.

Dated this 19th of January, 2015

                                              DOUGLAS F. MANN  
                                              Chapter 7 Trustee

Douglas F. Mann, Chapter 7 Trustee  
740 N. Plankinton Ave., #210  
Milwaukee, WI 53203  
(414) 276-5355 (telephone)  
(414) 276-5350 (facsimile)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  CASE NO. 14-31425-GMH
(Chapter 7)

WILLIAM J. FOLEY

    Debtor

## NOTICE OF MOTION TO COMPEL APPEARANCE AT CONTINUED §341 MEETING

TO THE CREDITORS AND OTHER INTERESTED PARTIES OF THE DEBTOR:

DOUGLAS F. MANN, Chapter 7 Trustee, has filed papers with the Court  A copy of the Motion is attached hereto.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the relief sought in the motion, or if you want the Court to consider your views on the motion, then by **February 2, 2015** you or your attorney must:

1. File with the Court a written objection stating the legal and factual basis for your objection at the following address:

    Clerk of the Bankruptcy Court
    U. S. Courthouse
    517 East Wisconsin Avenue, Room 126
    Milwaukee, Wisconsin  53202

2. If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

3. You must also mail a copy of your objection to:

    Douglas F. Mann
    Chapter 7 Trustee
    740 North Plankinton Avenue, #210
    Milwaukee, Wisconsin  53203

    and

    U. S. Trustee
    U. S. Courthouse
    517 East Wisconsin Avenue, Suite 430
    Milwaukee, Wisconsin  53202

4. Attend the hearing at such date and time as may be scheduled by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated in Milwaukee, Wisconsin this ___ day of January, 2015

_____
DOUGLAS F. MANN
Chapter 7 Trustee

Douglas F. Mann
Trustee in Bankruptcy
River Bank Plaza, Suite 210
740 North Plankinton Avenue
Milwaukee, Wisconsin 53203
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)

blb

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                                    CASE NO. 14-31425-GMH
(Chapter 7)

WILLIAM J. FOLEY
               Debtor

## CERTIFICATE OF SERVICE BY MAIL

I, BETH BERTRAM, of the law offices of Douglas F. Mann, Attorney at Law, 740 North Plankinton Avenue, Suite 210, Milwaukee, Wisconsin, 53203-2403, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 19th day of January, 2015 I served a copy of the within *Notice of Motion and Motion* on the following parties:

U. S. Trustee
**Via electronic service**

William J. Foley
11400 West Bluemound Road, Suite 300
Brookfield, Wisconsin 53226

**Via First Class Mail**

Ms. Joan M. Shepard
Nistler & Condon, SC
7000 West North Avenue
Wauwatosa, Wisconsin 53213

**Via First Class Mail**

EXECUTED ON:     January 19, 2015
_____
BETH BERTRAM