THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 21, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

William J. Foley,                                   Case No. 14-31425-GMH

Debtor.                                             Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
APPEARANCE AT CONTINUED §341 MEETING**

The debtor failed to attend the continued section 341 meeting of creditors on January 15, 2015, at 1:30 p.m. The chapter 7 trustee filed a motion to compel debtor's attendance at the continued 341 meeting of creditors on February 12, 2015, at 1:30 p.m. in Room 428 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202 for turnover on January 7, 2015.

The trustee's motion is GRANTED. The debtor is ORDERED to appear at a continued §341 meeting of creditors on February 12, 2015, at 1:30 p.m. in Room 428 of the U.S. Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202. **The**

**debtor's failure to attend the continued §341 meeting of creditors on February 12, 2015, may result in the dismissal of the debtor's bankruptcy case pursuant to 11 U.S.C. §707(a)(1).**

#####