UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  CASE NO. 14-31425-GMH
         (Chapter 7)

WILLIAM J. FOLEY

Debtor

## MOTION IN SUPPORT OF DEBTOR'S MOTION FOR IMPOSITION OF AUTOMATIC STAY

NOW COMES, Douglas F. Mann, Chapter 7 Trustee of the above-captioned case, and supports the Debtor's motion for imposition of automatic stay as follows:

1. The undersigned is the duly appointed, qualified and acting Chapter 7 Trustee in this case.
2. The Debtor filed Chapter 13 bankruptcy on September 10, 2014.
3. The case was converted to Chapter 7 on November 25, 2014.
4. Trustee believes there are assets to be collected and administered in this case as indicated in the Debtor's bankruptcy schedules.

Dated this 22rd of January, 2015

DOUGLAS F. MANN
Chapter 7 Trustee

Douglas F. Mann, Chapter 7 Trustee
740 N. Plankinton Ave., #210
Milwaukee, WI 53203
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | CASE NO. 14-31425-GMH |
| WILLIAM J. FOLEY | (Chapter 7) |
| Debtor | |

## CERTIFICATE OF SERVICE BY MAIL

I, BETH BERTRAM, of the law offices of Douglas F. Mann, Attorney at Law, 740 North Plankinton Avenue, Suite 210, Milwaukee, Wisconsin, 53203-2403, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 22nd day of January, 2015 I served a copy of the within *Motion* on the following parties:

U. S. Trustee
**Via electronic service**

Mr. William J. Foley
11400 West Bluemound Road, Suite 300
Brookfield, Wisconsin 53226

**Via First Class Mail**

Ms. Joan M. Shepard
Nistler & Condon, SC
7000 West North Avenue
Wauwatosa, Wisconsin 53213

**Via First Class Mail**

Mr. Marc Rassbach
PO Box 39
Milwaukee, Wisconsin 53201-0039

EXECUTED ON: January 22, 2015

_____
BETH BERTRAM