UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  CASE NO. 14-31425-GMH
(Chapter 7)

WILLIAM J. FOLEY

Debtor

**OBJECTION TO DISMISSAL OF CASE UNDER 11 U.S.C. §707(b)**

NOW COMES, Douglas F. Mann, Chapter 7 Trustee of the above-captioned case, who objects to the dismissal of the case under 11 U.S.C. §707(b) as follows:

1. The undersigned is the duly appointed, qualified and acting Chapter 7 Trustee in this case.
2. The Debtor filed Chapter 13 bankruptcy on September 10, 2014.
3. The case was converted to Chapter 7 on November 25, 2014.
4. Trustee believes there are assets to be administered in this case.

Dated this 22nd of January, 2015

DOUGLAS F. MANN
Chapter 7 Trustee

Douglas F. Mann, Chapter 7 Trustee
740 N. Plankinton Ave., #210
Milwaukee, WI 53203
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | CASE NO. 14-31425-GMH |
| | (Chapter 7) |
| WILLIAM J. FOLEY | |
| Debtor | |

## CERTIFICATE OF SERVICE BY MAIL

I, BETH BERTRAM, of the law offices of Douglas F. Mann, Attorney at Law, 740 North Plankinton Avenue, Suite 210, Milwaukee, Wisconsin, 53203-2403, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 22nd day of January, 2015 I served a copy of the within *Objection* on the following parties:

U. S. Trustee
**Via electronic service**

Mr. William J. Foley
11400 West Bluemound Road, Suite 300
Brookfield, Wisconsin 53226

**Via First Class Mail**

Ms. Joan M. Shepard
Nistler & Condon, SC
7000 West North Avenue
Wauwatosa, Wisconsin 53213

**Via First Class Mail**

Mr. Marc Rassbach
PO Box 39
Milwaukee, Wisconsin 53201-0039

EXECUTED ON: January 22, 2015

_____
BETH BERTRAM