IN RE: William J. Foley,          Case No. 14–31425–gmh
        Debtor.           Chapter 7

## NOTICE OF PRELIMINARY HEARING

TO:    William J. Foley          Trustee Douglas F. Mann
                                        Marc Rassbach
                                        William Foley

**PLEASE TAKE NOTICE** that a hearing on Chapter 7 Trustee's objection to Marc Rassbach's Motion to Dismiss will be held on **January 28, 2015, at 10:30 AM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: January 26, 2015                            BY THE COURT:

                                                                                  G. Michael Halfenger
                                                                                  United States Bankruptcy Judge