UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY                                    Case No. 14-31425-pp
                                                    Chapter 7
                    Debtor.
                                                    Hon. Michael Halfenger

**Witness List and Exhibit List with Accompanying Exhibits for January 28, 2015 Hearing**

Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, by Nistler Law Office, s.c., by Attorney Joan M. Shepard, hereby submits this List of Potential Witnesses and Exhibit List, along with the accompanying exhibits in accordance with the Court's November 25, 2014 Order.

Witness List:

1. Howard Duncan
   c/o Nistler & Condon, s.c.
   7000 West North Ave.
   Wauwatosa, WI 53213

2. Marietta Duncan
   c/o Nistler & Condon, s.c.
   7000 West North Ave.
   Wauwatosa, WI 53213

3. Deputy Green
   Milwaukee County Sheriff's Department
   821 W. State Street
   Room 107
   Milwaukee, WI 53233

4. Representative from Eagle Movers
   929 West Bruce Street
   Milwaukee, WI 53204

Exhibit List

1. Copy of Inventory from Eagle Movers
2. Copy of Title of Vehicle showing ownership
3. Execution Against Property paperwork.

Dated this 21st day of January, 2015.

*/S/ Joan M. Shepard*
Joan M. Shepard
Wis. State Bar No. 1072649
Brent D. Nistler
Wis. State Bar No. 1033990
Attorney for Creditor

Nistler & Condon, s.c.
7000 W. North Ave.
Wauwatosa, WI 53213
jshepard@nistlerlaw.com
bnistler@nistlerlaw.com
Phone: 414-763-1147
Facsimile: 414-988-9572

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

Case No. 14-31425-pp
Chapter 7

Debtor.

Hon. Michael Halfenger

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN )
) SS
MILWAUKEE COUNTY )

**Joan M. Shepard**, of Milwaukee, Wisconsin, being first duly sworn, on oath, says that she is an employee of Nistler & Condon, s.c., and that on the 21th day of January, 2015, she mailed, properly enclosed in a postage-paid envelope, a copy of the following:

- **Witness List of Witnesses being called for the January 28th hearing in front of Judge Halfenger;**
- **Exhibit List and accompanying Exhibits; and**
- **Copy of this affidavit of mailing;**

addressed as follows:

William Foley
11400 W. Bluemound Rd.
Suite 300
Brookfield, WI 53226

Joan M. Shepard

Subscribed and sworn to before me
this 21 day of January, 2015.

Notary Public, State of Wisconsin
My commission is permanent.

# WISCONSIN CERTIFICATE OF TITLE

| Vehicle Identification Number | Year | Make |
|---|---|---|
| 1G4GD2219W4708696 | 1998 | BUICK |

| Title Number | Issue Date | Check's Type | Odometer Reading | Odometer Status | Odometer Date |
|---|---|---|---|---|---|
| 12338RG012-4 | 12/03/2012 | AUTO | 27809 | ACTUAL | 11/24/2... |

| Process Number | Body Style | Color | Reg No |
|---|---|---|---|
| 43718123384 | COUPE | WHITE | |

**Titled Owner(s)**
LAYTON SANDWICH KINGS INC
116 E LAYTON AVE
MILWAUKEE, WI 53207-5907

**Lien Holder(s)**
   NONE.

**Additional Vehicle Detail**
EXEMPT FROM ODOMETER - 10 YEARS OLD

SELLER: When the vehicle is sold, complete the ASSIGNMENT OF CERTIFICATE OF TITLE on the top back of this title...

PURCHASER: Apply for a new title with the Wisconsin Division of Motor Vehicles immediately...



EXHIBIT G

| STATE OF WISCONSIN, CIRCUIT COURT, MILWAUKEE COUNTY | | For Official Use |
|---|---|---|
| Case Caption<br>Sandwich Kings, LLC, et al<br>v<br>Bluemound Sandwich Kings, Inc. et al. | **Execution Against Property**<br><br>Case No. 13 CV 2944 | |

TO: Sheriff of Milwaukee _____ County:

Judgment was entered in this case as indicated below for the amount listed, plus subsequent costs, including statutory interest from entry of judgment.

You are ordered to satisfy this judgment out of the personal property of the judgment debtor within your county. If sufficient personal property cannot be found, satisfy the judgment out of the real property in your county belonging to the judgment debtor.

Return this execution within 60 days after you receive it, to the clerk of Circuit Court of the issuing county.

| Judgment Debtor(s) (Name and Address)<br>William J. Foley<br>1961 N. Summit Ave. Suite 701<br>Milwaukee, WI 53202 | Debtor's Attorney (Name and Address)<br>No attorney of record |
|---|---|
| Judgment Creditor(s) (Name and Address)<br>Sandwich Kings, LLC, Three Sandwich Kings, LLC, Layton Sandwich Kings, LLC<br>10853 W. Bluemound Road<br>Wauwatosa, WI 53226 | Creditor's Attorney (Name and Address)<br>Joan M. Shepard<br>Nistler & Condon, s.c.<br>7000 W. North Ave<br>Wauwatosa, WI 53213 |

| | | | |
|---|---|---|---|
| Date of Judgment: | May 6, 2014 | Total Judgment & Costs: | $ 1,906,325.15 |
| Date Docketed: | May 6, 2014 | Satisfaction/Releases/Modifications: | $ 2,731.50 |
| Time Docketed: | 3:48 p.m. | Net Due: | $ 1,903,593.65 |

Remarks/Description of property to be returned to creditor:
All Equipment, money, fixtures, personal property, furniture, cash registers, computers, food items, signage, slicers, food preparation surfaces, coolers, sinks, spices, aprons, packaging materials, cleaning supplies, picnic tables, umbrellas, vehicles, drink items, glassware, all items with Suburpia logos.

*If execution is in a county other than the originating county, this information must be completed:*

| County To Which Execution Is Directed | Date Transcript Docketed | Time Transcript Docketed |
|---|---|---|
| | | |



EXHIBIT E

GF-115, 01/07 Execution Against Property                                §815.05, Wis. Statutes
This form shall not be modified. It may be supplemented with additional materials.

Case 14-31425-gmh    Doc 141    Filed 01/27/15    Page 5 of 9

Execution Against Property    Page 2 of 2    Case No. 13 CV 2944

Seal

Clerk of Circuit Court:

_____
Authorized Signature        Date

_____
Address

*[signature]* 06/20/14
Current Judgment Owner    Date
Attorney for Plaintiffs/Judgment creditors

Sheriff's Endorsement of Receipt
Date Received: _____
Time Received: _____

| To be completed by creditor or attorney. | |
|---|---|
| Net due from above | $1,903,593.65 |
| Interest due to date of July 30, 2014 | $18,639.65 |
| Total balance due to date of July 30, 2 | $1,922,233.30 |
| Per diem interest calculation $219.29/day x 85 | $1,922,233.30 |

To be completed by sheriff.
Total amount due upon execution $ _____
Including sheriff's fees.

GF-115, 01/07 Execution Against Property    Wis. Stats. 815.05
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

# EAGLE MOVING AND STORAGE COMPANY

NAME: Howard Duncan
ADDRESS: 30046 Parkview Rd
PHONE: Waterford WI ZIP 53185
262-492-3692
DATE IN:
LOCATION: VAULT LOC.
CUBIC FT.: 160

BILL NO. 9104-A
NO. VALUABLES

**2 pallets**

| LIST ITEMS | STKR No. |
|---|---|
| iPad | 3 |
| iPad mini | 4 |
| Apple screen | 5 |
| Apple Mouse | 9 |
| Apple Screen | |
| Epson | |
| Mac Mini | |
| Epson printer | |
| Apple iPad | |
| Mac Mini | |
| Chair | |
| Mac eye TV | |
| Apple keybrd | 17 |
| File Cabinet | 18 |
| Fuji camera | 19 |
| iPod | 20 |
| Fujinon Xtal | 21 |
| Vacuum | 22 |
| iPod | |
| Por DVDs | |
| Nex Tech HomeTheater Syph | 24 |
| Rental Hose | 25 |
| Kenmore AC | 26 |
| Keyboard | 28 |
| Vacuum Cleaner | 30 |
| Cash Drawer | 37 |
| Universe Modem | 42 |
| Office Chair | 42 |

Box 23  29
35
36

**This is your STORAGE RECEIPT**

Storage rate per month _____ $
Warehouse Labor Charge _____ $
Other Charges _____ $

Notice to Receipt Holder: Please be advised that on the rental storage date (Date In) monetary liabilities begin to accrue. Any money paid toward this account will be listed on the electronic file at Eagle Movers Inc.

Unless otherwise stated, all property listed on this inventory is stored at the location printed on this form.

Liability for loss shall be limited to no more than sixty cents per pound, unless additional insurance coverage is issued.

With proper identification, this property shall be released to the person or persons named above, or to person or persons so directed by the above named person.

X_____
   Warehouse foreman or agent

**Scenic Storage Chuck Eil.**

Items Curbed: ☐ Yes ☐ No
Appliances: ☐ Landlords ☐ Tenants
Fumigation: ☐ Yes ☐ No
Tenant Present: ☐ Yes ☐ No
Items taken by tenant: ☐ Yes ☐ No
Inventory by: ☐ TB ☐ DB ☐ JB ☐ TW other____

RECEIVED BY: _____
DATE OUT: 8-11

Page
929 WEST BRUCE STREET   MILWAUKEE, WI 53204   414-383-


EXHIBIT F

# EAGLE MOVING AND STORAGE COMPANY

Name: Howard Duncan

| LIST ITEMS | STKR No |
|---|---|
| Apple Scrcen | 95 |
| Computer Desk | |
| NE | 99 |
| Cuisinart Coppr | 101 |
| Cubinart | |
| Epson WF 7510 | 519 |
| Epson Box | |
| Epson Box | |
| FedX Bx | |
| Dyrn Swift laser | |
| Promo box caves | |
| Kasacunis | |
| Electronics | |
| I Pad | |
| I Pad mini | |
| Pro dvm | |
| Car Kym | |
| Mac Book | |
| Carr trunk | 768 |
| Misc Computr | |
| Chair | |
| receiver | |
| Box misc | |
| DVD | |
| Cabinet | |
| Cabinet | 79 |
| Kenmor AC | |

Items Curbed: ☐ Yes ☐ No
Appliances: ☑ Landlords ☐ Tenants
Fumigation: ☑ Yes ☐ No
Tenant Present: ☑ Yes ☐ No
Items taken by tenant: ☐ Yes ☐ No
Inventory by __ TB  DB  JB  TW  other ___

DATE OUT: 9-11-14

929 WEST BRUCE STREET, MILWAUKEE, WI 53204   414-383-1776

# EAGLE MOVING AND STORAGE COMPANY

**NAME:** Howard Duncan
**ADDRESS:** 308 Ay Parkway Rd
**PHONE:**
**DATE IN:** Watertown WI **ZIP:** 53265
**LOCATION:**
**CUBIC FT.:** VAULT LOC.

**BILL NO.:**
**NO. VALUABLES:** **TAG** **TAG**
**GLASS ITEMS:**

| LIST ITEMS | STKR No. | LIST ITEMS | STKR No. |
|---|---|---|---|
| Hoyer x chair | 69 | 88 90 91 92 93 | |
| totalis x chair | 86 | 94 95 96 700 | |
| Am Foyer x chair | 94 26 | No 84 | |
| Rice Jerry | | Tradmill | |
| Jake | 93 | | |
| Joke | | | |
| (105) | | | |
| J. Ray | 107 | | |
| Pester Shui | 107 | | |
| Axe pats | 107 | | |
| Seed | 107 | | |
| Xtreme Max sptr | 105 | | |
| Ecowinner Cocal | 109 | | |
| Blue Foxx head jet | | | |
| Tanya stix | | | |
| Fly ideas | | | |
| wires | | | |
| space jam casurer | | | |
| Git video | | | |
| The Mayer Br | | | |
| White canvas | | | |
| Quilt | | | |
| Bby 113 | X | | |
| it pad | | | |
| Lamp | | | |
| syr bucp | | | |

**This is your STORAGE RECEIPT**

Storage rate per month ........ $
Warehouse Labor Charge ........ $
Other Charges ( ) ........ $

Notice to Receipt Holder: Please be advised that on the initial storage date (Date in), monetary liabilities begin to accrue. Any money paid toward this account will be listed on the electronic file at Eagle Movers Inc.

Unless otherwise stated, all property listed on this inventory is stored at the location printed on this form.

Liability for loss shall be limited to no more than sixty cents per pound, unless additional insurance coverage is issued.

With proper identification, this property shall be released to the person or persons named above, or to person or persons so directed by the above named person.

X _____
Warehouse keeper or agent

ams Curbed: ☐ Yes ☐ No
ppliances: ☐ Landlords ☐ Tenants
umigation: ☐ Yes ☐ No
enant Present: ☐ Yes ☐ No
omes taken by tenant: ☐ Yes ☐ No
aventory by: ___ TB DB JB TW other ___

**RECEIVED BY:** _____
**DATE OUT:** 9-11-14

Page 3
929 WEST BRUCE STREET MILWAUKEE, WI 53204 414-383-1776