UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: William J. Foley,            Case No. 14-31425-gmh
                                                     (Chapter 7)
       Debtor.

---

### UNITED STATES TRUSTEE'S STATEMENT OF NO OBJECTION TO THE APPLICATION BY THE TRUSTEE TO EMPLOY WILLIAM A. RINEHART AS ATTORNEY FOR THE TRUSTEE

---

The United States Trustee, by Attorney Amy J. Ginsberg, states as follows:

On January 28, 2015, the Chapter 7 trustee filed an application to employ WILLIAM A. RINEHART as ATTORNEY for the Trustee. The United States Trustee has no objection to the application and no objection to the order being signed.

Dated: January 28, 2015.

                                                PATRICK S. LAYNG
                                                United States Trustee

                                                _____
                                                AMY J. GINSBERG
                                                Attorney for the United States Trustee

Attorney Amy J. Ginsberg
United States Trustee's Office
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
414-297-4499 (phone); 414-297-4478 (fax)