UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

Debtor.

Case No. 14-31425-pp
Chapter 7

Hon. Michael Halfenger

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN ) 
) SS
MILWAUKEE COUNTY )

**Cheryl Cross**, of Milwaukee, Wisconsin, being first duly sworn, on oath, says that she is an employee of Nistler Law Office, s.c., and that on the 30th day of January, 2015, she mailed, properly enclosed in a postage-paid envelope, a copy of the following:

- **NOTICE OF MOTION OF CREDITORS TO EXTEND TIME TO OBJECT TO DISCHARGE AND DISCHARGEABILITY OF DEBTS;**
- **MOTION OF CREDITORS TO EXTEND TIME TO OBJECT TO DISCHARGE AND DISCHARGEABILITY OF DEBTS;**
- **ORDER GRANTING MOTION OF CREDITORS; and**
- **Copy of this affidavit of mailing;**

addressed as follows:

William Foley
11400 W. Bluemound Rd.
Suite 300
Brookfield, WI 53226

Cheryl Cross
Cheryl Cross

Subscribed and sworn to before me
this 30th day of January, 2015.

Notary Public, State of Wisconsin
My commission is permanent.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

Case No. 14-31425-gmh
Chapter 7

Debtor.

## ORDER TO EXTEND TIME TO OBJECT TO DISCHARGE/DISCHARGEABILITY OF DEBTS

Upon the motion of Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, for an order to extend time to object to discharge/dischargeability of debts, and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC motion to extend time to object to Debtor's discharge/dischargeability is **Granted**;

IT IS FURTHER ORDERED that the deadline for Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC to file an objection to discharge/dischargeability is extended by sixty (60) days.

<u>Document prepared by:</u>
Joan M. Shepard
Nistler Law Office, s.c.
7000 W. North Avenue
Wauwatosa, WI 53213

#####

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

                        Debtor.

Case No. 14-31425-gmh
Chapter 7

MOTION OF CREDITORS TO EXTEND TIME TO OBJECT TO DISCHARGE AND
DISCHARGEABILITY OF DEBTS

Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, by Nistler Law Office, s.c., by Attorney Joan M. Shepard, hereby move this Court the Court for an extension of time to object to discharge and dischargeability of debts as follows:

1. That the undersigned is counsel for the Creditors listed above.

2. The Debtor has failed to cooperate in the turnover of documents and information to the Chapter 7 Trustee, Douglas F. Mann.

3. These documents and the information sought is influential in the Creditors' determination of whether the Debtor has assets to pay creditors, and relevant to a determination of whether the Debtor has accurately portrayed his financial condition on his filed schedules.

4. The Debtor has failed to appear for numerous Court appearances where he would have been required to answer questions of the Creditors and Trustee under oath.

5. Accordingly, the Movant requests an additional sixty (60) days within which to determine if there is sufficient basis for the Creditors to object to

discharge/dischargeability, and to conduct additional discovery related to the Debtor's assets and liabilities.

Dated this 29th day of January, 2015.

                                              Nistler Law Office, s.c.

                                              /S/ Joan M. Shepard
                                              Brent D. Nistler
                                              State Bar No. 1033990
                                              Joan M. Shepard
                                              State Bar No. 1072649
                                              Attorney for the Creditors

Nistler Law Office, s.c.
7000 W. North Avenue
Wauwatosa, WI 53213
414-763-1147
414-988-9572 (fax)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WISCONSIN

IN RE

William J. Foley

                                                   Case No. 14-31425-GMH

                                                   Chapter 7

                Debtor.

---

NOTICE OF MOTION OF CREDITORS' SANDWICH KINGS, LLC D/B/A SUBURPIA, THREE SANDWICH KINGS, LLC, AND LAYTON SANDWICH KINGS, LLC TO EXTEND TIME TO OBJECT TO DISCHARGE AND DISCHARGEABILITY OF DEBTS

---

Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, by its attorneys Nistler Law Office, s.c., by Joan M. Shepard, has filed papers with the Court requesting an extension of time to object to discharge and dischargeability of debts.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on the Motion, **within fourteen (14) days of this notice**, you or your attorney must do the following:

File with the Court a written objection to the motion and request for a hearing with:

        **Clerk, U.S. Bankruptcy Court**
        **U.S. Courthouse**

517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

If you mail your request and objection to the Court for filing, you must mail it early enough so the Court receives it within fourteen (14) days of the date of this Notice.

You must also mail a copy of the written objection and request for a hearing to:

*U.S. Trustee*
Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202

*Trustee*
Douglas F. Mann
Chapter 7 Trustee
740 North Plankinton Avenue, #210
Milwaukee, WI 53203

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting relief.

Dated this 29th day of January.

                                       Nistler Law Office

                                       /S/ Joan M. Shepard
                                       Brent D. Nistler
                                       State Bar No. 1033990
                                       Joan M. Shepard
                                       State Bar No. 1072649
                                       Attorney for the Creditors

Nistler Law Office
7000 West North Avenue
Wauwatosa, WI 53213
414-763-1147
414-988-9572(fax)