UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,  Case No. 14–31425–gmh
Debtor.  Chapter 7

## NOTICE OF PRELIMINARY HEARING

TO: William J. Foley  Trustee Douglas F. Mann

**PLEASE TAKE NOTICE** that a hearing on Application to Employ William A Rinehart as Attorney for Trustee will be held on **February 19, 2015, at 02:30 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

Dated: February 12, 2015  BY THE COURT:

G. Michael Halfenger
United States Bankruptcy Judge