```
                        United States Bankruptcy Court
                         Eastern District of Wisconsin
```

In re:                                                            Case No. 14-31425-gmh
William J. Foley                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2        User: saa              Page 1 of 1              Date Rcvd: Feb 12, 2015
                            Form ID: hrntgmh1      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2015.
db        +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2015                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:
        Amy J. Ginsberg   on behalf of U.S. Trustee   Office of the U. S. Trustee amy.j.ginsberg@usdoj.gov
        Douglas F. Mann   dfmatty@aol.com, dfmann@ecf.epiqsystems.com
        Douglas F. Mann   on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
         dfmann@ecf.epiqsystems.com
        Joan M. Shepard   on behalf of Creditor Attorney   Sandwich Kings, LLC, d/b/a Suburpia, et al.
         joanymsheep@gmail.com, jshepard@nistlerlaw.com
        Office of the U. S. Trustee   ustpregion11.mi.ecf@usdoj.gov
        Robert N. Meyeroff   on behalf of Creditor   Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,            Case No. 14–31425–gmh
           Debtor.            Chapter 7

## NOTICE OF PRELIMINARY HEARING

TO:     William J. Foley            Trustee Douglas F. Mann

**PLEASE TAKE NOTICE** that a hearing on Application to Employ William A Rinehart as Attorney for Trustee will be held on **February 19, 2015, at 02:30 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: February 12, 2015            BY THE COURT:

           G. Michael Halfenger
           United States Bankruptcy Judge