UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

          Debtor.

Case No. 14-31425-pp
Chapter 7

Hon. Michael Halfenger

## AFFIDAVIT OF NO OBJECTION

STATE OF WISCONSIN  )
                               ) SS
MILWAUKEE COUNTY    )

NOW COMES **Joan M. Shepard of Nistler Law Office, s.c.**, who makes the following statements under oath:

1. I am one of the attorneys for the Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC.
2. I filed and served a Notice of Motion and Motion of Creditors to Extend Time to Object to Discharge and Dischargeability of Debts to all appropriate parties as called for under the Bankruptcy Code and Rules.
3. The Notice provided for objections to be filed and served by February 12, 2015. The deadline to file and serve objections has passed.
4. I have received no objections to the above-referenced Notice and Motion, nor am I aware of any objections having been filed with the Clerk fo the Bankruptcy Court.
5. On January 29, 2015, I submitted a proposed Order granting the Creditors' Motion to Extend the time to Object to Discharge and Dischargeability.

Dated this 16th day of February, 2015

                                                             Joan M. Shepard
                                                             Attorney for Creditors

Subscribed and sworn to before me
this 11th day of February, 2015.

Notary Public, State of Wisconsin
My commission 11-20-2016 .