UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

        Debtor.

Case No. 14-31425-pp
Chapter 7

Hon. Michael Halfenger

### AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                                  ) SS
MILWAUKEE COUNTY    )

    **Cheryl Cross**, of Milwaukee, Wisconsin, being first duly sworn, on oath, says that she is an employee of Nistler Law Office, s.c., and that on the 16th day of February, she mailed, properly enclosed in a postage-paid envelope, a copy of the following:

- **Affidavit of No Objection; and**
- **Copy of this affidavit of mailing;**

addressed as follows:

    William Foley
    11400 W. Bluemound Rd.
    Suite 300
    Brookfield, WI 53226

_____
Cheryl Cross

Subscribed and sworn to before me
this 16th day of February, 2015.

_____
Notary Public, State of Wisconsin
My commission is permanent.