Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039

Feb 17th, 2015

Clerk of The Bankruptcy Court
Janet L Medlock
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee WI 53202-4581

I, Marc Rassbach, do hereby swear under penalty of perjury, that on Feb 17th documents submitted for case 14-31425-GMH were placed into the US Mail and mailed to the list not crossed out that is enclosed with this communication along with the copy sent to your office.

I, Marc Rassbach, furthermore promise and swear that Attorney's Mann, Sheperd, and Chartier were emailed their copies rather than notified via US Postal service.

_____  Marc Rassbach

Subscribed and Sworn to before me
on the ___17th___ day of February 2015

____Emily J Wentworth____
Notary Public State of Wisconsin
My Commission Expires: ___7/19/15___

[Notary Seal: EMILY J. WENTWORTH, NOTARY PUBLIC, STATE OF WISCONSIN]

[Stamp: FILED-MAIL 2015 FEB 19 AM 10: 56 US BANKRUPTCY COURT EASTERN DISTRICT OF WI]

```
Label Matrix for local noticing          Sandwich Kings, LLC, d/b/a Suburpia, et al.   United States Attorney's Office
0757-2                                   Nistler & Condon, s.c.                        517 E. Wisconsin Ave.
Case 14-31425-gmh                        7000 West North Avenue                        Room 530
Eastern District of Wisconsin            Wauwatosa, WI 53213-1943                      Milwaukee, WI 53202-4509
Milwaukee
Mon Feb 16 08:36:29 CST 2015
Watercrest Investments                   Wisconsin Department Of Revenue               Wisconsin Dept. Of Revenue
924 E. Juneau Avenue                     Special Procedures Unit                       Special Procedures Unit
Milwaukee, WI 53202-2748                 P.O. Box 8901                                 P.O. Box 8902
                                         Madison, WI 53708-8901                        Madison, WI 53708-8902


George Papas                             Internal Revenue Service                      Joan M. Shepard
6055 S. Howell Ave                       PO Box 7346                                   7000 W. North Avenue
Milwaukee, WI 53207-6233                 PHILADELPHIA, PA 19101-7346                   Wauwatosa, WI 53213-1943


Office of the U. S. Trustee              Sandwich Kings, LLC et al.                    US Foods, Inc.
517 East Wisconsin Ave.                  7000 W. North Avenue                          Kohner, Mann & Kailas, S.C.
Room 430                                 Wauwatosa, WI 53213-1943                      4650 N. Port Washington Road
Milwaukee, WI 53202-4510                                                               2nd Floor North
                                                                                       Milwaukee, WI 53212-1077

Watercrest Investments                   Wisconsin Department of Revenue               Wisconsin Department of Revenue
c/o Attorney Robert Meyeroff             Attn: Special Procedures, MS 4-SPU            PO Box 8901
633 W. Wisconsin Ave., Suite 605         PO BOX 8901                                   Madison, WI 53708-8901
Milwaukee, WI 53203-1925                 Madison WI 53708-8901


Douglas F. Mann                          Marc Rassbach                                 William J. Foley
740 North Plankinton Avenue              PO Box 39                                     11400 W. Bluemound Road
Suite 210                                Milwaukee, WI 53201-0039                      Suite 300
Milwaukee, WI 53203-2403                                                               Brookfield, WI 53226-4049


End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```