THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2015

G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

        Debtor.

Case No. 14-31425-gmh
Chapter 7

## ORDER EXTENDING TIME TO OBJECT TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

Upon the motion of Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, for an order to extend time to object to the discharge or dischargeability of debts, and sufficient cause having been established,

IT IS HEREBY ORDERED that Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC motion to extend time to object to discharge or dischargeability is **Granted**;

IT IS FURTHER ORDERED that the deadline for Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC to file an objection to discharge (pursuant to 11 U.S.C. section 727) or dischargeability (pursuant to 11 U.S.C. section 523) is extended through and including April 27, 2015.

<u>Document prepared by:</u>
Joan M. Shepard
Nistler Law Office, s.c.
7000 W. North Avenue
Wauwatosa, WI 53213

#####