THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  CASE NO. 14-31425-GMH
 (Chapter 7)
WILLIAM J. FOLEY
 Debtor

**ORDER EXTENDING THE TIME WITHIN WHICH THE TRUSTEE AND THE U.S. TRUSTEE MAY OBJECT TO DISCHARGE**

Upon the Motion by Trustee to extend the time within which the Trustee and the U.S. Trustee may object to discharge; and no timely objections having been made; and an affidavit of no objection having been filed with the Court;

IT IS ORDERED:

1. The time within which the Trustee and the U.S. Trustee may object to the discharge is extended through and including April 27, 2015.
2. For such other and further relief as is necessary.

#####