```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0757-2          User: lmi              Page 1 of 1               Date Rcvd: Feb 18, 2015
                              Form ID: pdf1          Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2015.
db          +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049
cr          +Marc Rassbach,   PO Box 39,   Milwaukee, WI 53201-0039
credaty     +Sandwich Kings, LLC, d/b/a Suburpia, et al.,   Nistler & Condon, s.c.,   7000 West North Avenue,
              Wauwatosa, WI 53213-1943
cr          +Watercrest Investments,   924 E. Juneau Avenue,   Milwalukee, WI 53202-2748
9089911     +George Papas,   6055 S. Howell Ave,   Milwaukee, WI 53207-6233
9187590     +Joan M. Shepard,   7000 W. North Avenue,   Wauwatosa, WI 53213-1943
9187591     +Sandwich Kings, LLC et al.,   7000 W. North Avenue,   Wauwatosa, WI 53213-1943
9074114     +US Foods, Inc.,   Kohner, Mann & Kailas, S.C.,   4650 N. Port Washington Road,
              2nd Floor North,   Milwaukee, WI 53212-1077
9105069     +Watercrest Investments,   c/o Attorney Robert Meyeroff,   633 w. Wisconsin Ave., Suite 605,
              Milwaukee, WI 53203-1925
9020997     +Wisconsin Department of Revenue,   PO Box 8901,   Madison, WI 53708-8901
9022978      Wisconsin Department of Revenue,   Attn: Special Procedures, MS 4-SPU,   PO BOX 8901,
              Madison WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9020996     +E-mail/Text: cio.bncmail@irs.gov Feb 19 2015 02:07:56     Internal Revenue Service,
              PO Box 7346,   PHILADELPHIA, PA 19101-7346
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee amy.j.ginsberg@usdoj.gov
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com, jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                            Case No. 14-31425-GMH
                                                        (Chapter 7)

WILLIAM J. FOLEY

           Debtor

## NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

      Douglas F. Mann, the Trustee in this case intends to abandon the Estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to grant the Trustee's motion to abandon the Estate's interest in property pursuant to §554, or if you want the Court to consider your views on the matter, then on or before **<u>March 17, 2015</u>** you or your attorney must:

1.    File with the Court a written objection to the abandonment and a request for a hearing at:

         Clerk, U. S. Bankruptcy Court
         Room 126, Federal Courthouse
         517 E. Wisconsin Avenue
         Milwaukee, WI 53202

2.    If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

3.    You must also mail a copy to:

| Office of the U. S. Trustee | Douglas F. Mann, Ch. 7 Trustee |
| --- | --- |
| 517 E. Wisconsin Ave., Rm. 430 | 740 N. Plankinton Ave., #210 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

      If you or your attorneys do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief. The Trustee intends to abandon the Estate's interest in the following property for the reasons set forth:

                                                                                                                                                                              INTNT ABAN (012299) Form C1

1. On September 10, 2014 an Order for relief under Chapter 13 of the Bankruptcy Code was entered in this case. The case was converted to Chapter 7 on November 25, 2014.
2. The undersigned is the qualified and acting Trustee in this case.
3. Sandwich Kings LLC seized 34 items from Foley on the day he filed this bankruptcy as listed in the attached Exhibit 1.
4. The items appear to be of no value due to damaged, frozen or no passwords to computer equipment.
5. The items appear to be assets of Sandwich Kings LLC due to purchase with corporate funds by William Foley.
6. The cost of recovery and liquidation will exceed any value and they are otherwise burdensome and of no value to the Bankruptcy Estate.
7. By abandoning these items, Trustee reserves any recipes or trademarks on the computers.

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require. Requests for additional information should be directed to the Trustee.

Date: 2-17-15

Douglas F. Mann
Chapter 7 Trustee
740 N. Plankinton Ave., #210
Milwaukee, WI 53203
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)

blb

INTNT ABAN (012299) Form C1