```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2           User: mag              Page 1 of 1              Date Rcvd: Feb 20, 2015
                               Form ID: pdfhrg        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2015.
db          +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049
credaty     +Sandwich Kings, LLC, d/b/a Suburpia, et al.,   Nistler & Condon, s.c.,   7000 West North Avenue,
              Wauwatosa, WI 53213-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee amy.j.ginsberg@usdoj.gov
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com, jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 6

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

Case No. 14-31425-gmh
Chapter 7

Debtor.

ORDER EXTENDING TIME TO OBJECT TO DISCHARGE OR
DISCHARGEABILITY OF DEBTS

Upon the motion of Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, for an order to extend time to object to the discharge or dischargeability of debts, and sufficient cause having been established,

IT IS HEREBY ORDERED that Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC motion to extend time to object to discharge or dischargeability is **Granted**;

IT IS FURTHER ORDERED that the deadline for Creditors Sandwich Kings, LLC d/b/a Suburpia, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC to file an objection to discharge (pursuant to 11 U.S.C. section 727) or dischargeability (pursuant to 11 U.S.C. section 523) is extended through and including April 27, 2015.

<u>Document prepared by:</u>
Joan M. Shepard
Nistler Law Office, s.c.
7000 W. North Avenue
Wauwatosa, WI 53213

#####