```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
```

In re:                                                            Case No. 14-31425-gmh
William J. Foley                                                  Chapter 7
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: mag              Page 1 of 1               Date Rcvd: Feb 20, 2015
                              Form ID: pdfhrg        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2015.
db           +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee amy.j.ginsberg@usdoj.gov
              Douglas F. Mann    dfmatty@aol.com,   dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com,   jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 6

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 20, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  

WILLIAM J. FOLEY

     Debtor

CASE NO. 14-31425-GMH
(Chapter 7)

**ORDER EXTENDING THE TIME WITHIN WHICH THE TRUSTEE AND THE U.S. TRUSTEE MAY OBJECT TO DISCHARGE**

Upon the Motion by Trustee to extend the time within which the Trustee and the U.S. Trustee may object to discharge; and no timely objections having been made; and an affidavit of no objection having been filed with the Court;

IT IS ORDERED:

1. The time within which the Trustee and the U.S. Trustee may object to the discharge is extended through and including April 27, 2015.
2. For such other and further relief as is necessary.

#####