UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: William J. Foley,<br>    Debtor. | Case No. 14–31425–gmh<br>Chapter 7 |

## NOTICE OF PRELIMINARY HEARING

TO:    William J. Foley                    Trustee Douglas F. Mann
                                           William Foley

**PLEASE TAKE NOTICE** that a hearing on Trustee's Motion for Rule 2004 Examination will be held on **March 4, 2015, at 10:30 AM,** **by telephone** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: February 24, 2015                    BY THE COURT:


                                            G. Michael Halfenger
                                            United States Bankruptcy Judge