

P.O. BOX 134 • 640 9TH AVENUE • GRAFTON, WI 53024 • 1 - (262) - 377-9050 • FAX: 1 - (262) - 377-7245

FILED-MAIL

2015 FEB 26 AM 10: 50

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

February 25, 2015

Clerk of the Bankruptcy Court
U.S. Courthouse
517 East Wisconsin Avenue, Room 126
Milwaukee WI 53202

To Whom It May Concern,

My name is Frank Trummer, owner of Mid-America Seasoning, INC in
Grafton Wisconsin.

I have been served a Motion for a Rule 2004(a) to produce documentation.
I would ask the court to allow me to be excused from attending this examination on
March 12, 2015.

I would be happy to supply any pertinent information by telephone as I am a full time
care provider for my wife who is seriously ill with a terminal condition, and my time is
quite limited.

This can be verified by the Head of Pulmonary at Froedert Hospital by
Dr. Lipchik.

I am enclosing a correspondance with Attorney Rienhart who claims to be Doug Mann's
Attorney.

Thank you for your consideration to the above.

Sincerely,

Frank Trummer
President

February 16, 2015

Dear Attorney Rinehart /s/,

To further our conversation on Mr. Foley's seasonings. HE DOES IN FACT TO THIS DAY, HAS AND OWNS ALL OF HIS ORIGINAL SEASONING FORMULATIONS. He asked me to blend these ingredients per his formulations. As time went on some of the original manufactures of those ingredients either stopped manufacturing them or I couldn't get them for one reason or another. As a result I had to seek like ingredients for his flavor profiles.

Mr. Foley did in fact approve of any ingredient changes made. But Mid-America Seasoning, INC was the developer of those blends. I gave Mr. Foley exclusive rights for the use of those flavors. HOW MR. FOLEY APPLYS THESE SEASONINGS TO HIS PRODUCTS I HAVE NO IDEA.

As you well know customers that use blending services are HIGHLY SECRETIVE and demand many other services. These services can include, Certificates of Anaylsis, Specification Sheets, Nutritional information, Letter of Guarantee and Non-Disclosure Agreements.

These services we also supply to many customers including Mr. Foley.

Hope this has answered your questions.


Sincerely,

Frank Trummer
President

1