```
                         United States Bankruptcy Court
                          Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2         User: saa                 Page 1 of 1                  Date Rcvd: Feb 24, 2015
                             Form ID: hrntgmh1         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2015.
db            +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2015                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee amy.j.ginsberg@usdoj.gov
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Joan M. Shepard    on behalf of Creditor Attorney   Sandwich Kings, LLC, d/b/a Suburpia, et al.
               joanymsheep@gmail.com,  jshepard@nistlerlaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Robert N. Meyeroff    on behalf of Creditor   Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,           Case No. 14–31425–gmh
                 Debtor.               Chapter 7

### NOTICE OF PRELIMINARY HEARING

TO:     William J. Foley                 Trustee Douglas F. Mann
                                                        William Foley

**PLEASE TAKE NOTICE** that a hearing on Trustee's Motion for Rule 2004 Examination will be held on **March 4, 2015, at 10:30 AM,** **by telephone** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

Dated: February 24, 2015                               BY THE COURT:

                                                               G. Michael Halfenger
                                                               United States Bankruptcy Judge