UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE
WILLIAM J. FOLEY

    Debtor.

Case No. 14-31425-pp
Chapter 7

Hon. Michael Halfenger

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that Attorney Brent D. Nistler, of Nistler Law Office, s.c., may be substituted as attorney of record for the Creditors Sandwich Kings, LLC, Three Sandwich Kings, LLC, and Layton Sandwich Kings, LLC, in the above-entitled case, and that Attorney Joan M. Shepard of Nistler & Condon, s.c., may withdraw from representation. Please remove jshepard@nistlerlaw.com from the mailing list, as well as joanymsheep@gmail.com.

Dated this 2nd day of March, 2015.

By: _____
Joan M. Shepard, Nistler & Condon, s.c.
State Bar Id. No: 1072649
7000 W. North Ave.
Wauwatosa, WI 53213
414-763-1147
414-988-9572(fax)

By: _____
Brent D. Nistler
Nistler Law Office, s.c.
State Bar Id. No: 1033990
7000 W. North Ave.
Wauwatosa, WI 53213
414-763-1147
414-988-9572(fax)