THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 4, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In RE
WILLIAM J. FOLEY

Case No. 14-31425-gmh
Chapter 7

Debtor.

ORDER ON SUBSTITUTION OF COUNSEL

Based on the parties' stipulation,

**IT IS HEREBY ORDERED:**

    1.   That Attorney Brent D. Nistler, of Nistler Law Office, s.c., is substituted as attorney of record for the Creditors Sandwich Kings, LLC, Three Sandwich Kings, LLC, and Layton Sandwich Kings, Inc.

# # # # #