

Lowell K. Levy
*Court Commissioner*
Donald A. Levy
*Fellow, American Academy
of Matrimonial Lawyers*
Robert J. Asti
H. Ben Levy
Dennis H. Milbrath
*Court Commissioner
Fellow, American Academy
of Matrimonial Lawyers*
R. Douglas Stansbury
Mark A. Langholz
Michael R. Haas
Christopher L. Morgan

March 11, 2015

VIA ELECTRONIC FILING

UNITED STATES BANKRUPTCY COURT
Eastern District of Wisconsin
U.S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

In re: William J. Foley
Case No. 14-31425-GMH

Dear Clerk:

Attached please find our firm's Notice of Retainer with respect to our appearance for Frank Trummer and Mid America Seasoning, Inc in this matter. I understand there is a telephone hearing scheduled for March 16, 2015 at 3:00 P.M. Please contact my partner, H. Ben Levy at (262) 204-6248 with respect to same as he will be appearing for this hearing.

Attorney Levy had discussions with Attorney Mann about a resolution of the issues with respect to our client and we are hopeful we can address same with the court on Monday.

Thank you for your attention and cooperation in this regard.

LEVY & LEVY S.C.

R. Douglas Stansbury
RDS/jf
dstans@levyandlevy.com
direct line (262) 204-6250

cc: Frank Trummer and Mid America Seasoning, Inc. (via regular mail)
Atty. Douglas Mann, Ch 7 Trustee (via electronic filing)

| STATE OF WISCONSIN | UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT |

In Re:

WILLIAM J. FOLEY,
      Debtor

CASE NO. 14-31425-GMH
(Chapter 7)

## NOTICE OF RETAINER

**TO:**   Clerk of US Bankruptcy Court
U.S. Courthouse
517 East Wisconsin Ave, Rm 126
Milwaukee, WI 53202

Douglas F. Mann
Chapter 7 Trustee
740 North Plankinton Ave, #210
Milwaukee, WI 53203

**PLEASE TAKE NOTICE** that we have been retained by and appear for Frank Trummer and Mid America Seasoning, Inc., in the above entitled action; that we demand a copy of all notices, pleadings and proceedings in the above entitled action, be served upon us at our office at N61 W6058 Columbia Road, Cedarburg, Wisconsin.

Dated at Cedarburg, Wisconsin this 11th day of March, 2015.

          LEVY & LEVY S. C.
          Attorneys for Frank Trummer & Mid
          America Seasoning, Inc.

POST OFFICE ADDRESS:

N61 W6058 Columbia Road
Post Office Box 127
Cedarburg, WI 53012-0127
(262) 377-5555

R. Douglas Stansbury
a member of the law firm
State Bar Number 1023284
H. Ben Levy
a member of the law firm
State Bar Number 1000521