# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | March 16, 2015 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2014-31425 |
| DEBTOR: | William Foley |
| NATURE OF HEARING: | Telephone hearing on chapter 7 trustee's motion for a rule 2004 examination of Frank Trummer and Mid-American Seasoning, Inc. |
| APPEARANCES: | Douglas Mann, chapter 7 trustee |
| | H. Ben Levy, attorney for Mid-American Seasoning, Inc. and Frank Trummer |
| | Marc Rassbach, *pro se* |
| | Brent Nistler, appearing for Sandwich Kings, LLC |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

The court held a hearing on the chapter 7 trustee's motion for a Rule 2004 examination of Frank Trummer and Mid-American Seasoning, Inc. Counsel for Mid-American Seasonings noted that Mid-American was a party to a non-disclosure agreement with Shamrock Wholesales, a former entity of the debtor. Mid-American is concerned about disclosing information to the chapter 7 trustee in violation of the non-disclosure agreement.

Based on the discussion on the record, a recording of which is on the court's docket, the court ordered Mid-American Seasoning to produce the formulas only to the chapter 7 trustee, to be held in confidence by the trustee, and to produce the documents sufficient to show the amount of seasoning ordered by Mr. Foley or his entities, and how much was paid for those seasonings over a reasonable period of time. The court asked Mr. Mann and Mr. Levy to work out the terms of a proposed protective order and confidentiality agreement that are acceptable to both parties, and asked Mr. Mann to submit that proposed order to the court once it has been negotiated.

SO ORDERED.

March 19, 2015

_____
G. Michael Halfenger
United States Bankruptcy Judge