```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
In re:                                                            Case No. 14-31425-gmh
William J. Foley                                                  Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0757-2          User: saa                    Page 1 of 1                   Date Rcvd: Mar 19, 2015
                              Form ID: pdfhrg              Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2015.
```
db            +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
aty           +Brent D. Nistler,    Nistler Law Office, S.C.,    7000 W. North Avenue,
                Wauwatosa, WI 53213-1943
aty           +Levy & Levy, S.C.,    N61 W6058 Columbia Road,    Cedarburg, WI 53012-2032
cr            +Marc Rassbach,    PO Box 39,    Milwaukee, WI 53201-0039
credaty       +Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler Law Office, S.C.,
                7000 West North Avenue,    Wauwatosa, WI 53213-1943
cr            +Watercrest Investments,    924 E. Juneau Avenue,    Milwalukee, WI 53202-2748
9222087       +Danny K. Laabs,    3831 N. Willis Place,    Milwaukee, WI 53222-2547
9089911       +George Papas,    6055 S. Howell Ave,    Milwaukee, WI 53207-6233
9187590       +Joan M. Shepard,    7000 W. North Avenue,    Wauwatosa, WI 53213-1943
9187591       +Sandwich Kings, LLC et al.,    7000 W. North Avenue,    Wauwatosa, WI 53213-1943
9074114       +US Foods, Inc.,    Kohner, Mann & Kailas, S.C.,    4650 N. Port Washington Road,
                2nd Floor North,    Milwaukee, WI 53212-1077
9105069       +Watercrest Investments,    c/o Attorney Robert Meyeroff,    633 w. Wisconsin Ave., Suite 605,
                Milwaukee, WI 53203-1925
9020997       +Wisconsin Department of Revenue,    PO Box 8901,    Madison, WI 53708-8901
9022978        Wisconsin Department of Revenue,    Attn: Special Procedures, MS 4-SPU,    PO BOX 8901,
                Madison WI 53708-8901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9020996       +E-mail/Text: cio.bncmail@irs.gov Mar 20 2015 01:13:30      Internal Revenue Service,
                PO Box 7346,    PHILADELPHIA, PA 19101-7346
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2015 at the address(es) listed below:
```
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee
               amy.j.ginsberg@usdoj.gov, Carrie.Jekelis@usdoj.gov
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              R. Douglas Stansbury    on behalf of Attorney    Levy & Levy, S.C. dstans@levyandlevy.com,
               jfatla@levyandlevy.com
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | March 16, 2015 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2014-31425 |
| DEBTOR: | William Foley |
| NATURE OF HEARING: | Telephone hearing on chapter 7 trustee's motion for a rule 2004 examination of Frank Trummer and Mid-American Seasoning, Inc. |
| APPEARANCES: | Douglas Mann, chapter 7 trustee |
| | H. Ben Levy, attorney for Mid-American Seasoning, Inc. and Frank Trummer |
| | Marc Rassbach, *pro se* |
| | Brent Nistler, appearing for Sandwich Kings, LLC |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

The court held a hearing on the chapter 7 trustee's motion for a Rule 2004 examination of Frank Trummer and Mid-American Seasoning, Inc. Counsel for Mid-American Seasonings noted that Mid-American was a party to a non-disclosure agreement with Shamrock Wholesales, a former entity of the debtor. Mid-American is concerned about disclosing information to the chapter 7 trustee in violation of the non-disclosure agreement.

Based on the discussion on the record, a recording of which is on the court's docket, the court ordered Mid-American Seasoning to produce the formulas only to the chapter 7 trustee, to be held in confidence by the trustee, and to produce the documents sufficient to show the amount of seasoning ordered by Mr. Foley or his entities, and how much was paid for those seasonings over a reasonable period of time. The court asked Mr. Mann and Mr. Levy to work out the terms of a proposed protective order and confidentiality agreement that are acceptable to both parties, and asked Mr. Mann to submit that proposed order to the court once it has been negotiated.

SO ORDERED.

March 19, 2015

_____
G. Michael Halfenger
United States Bankruptcy Judge