THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 29, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

William J. Foley,        Case No. 14-31425-GMH

Debtor.        Chapter 7

### ORDER ON MOTION OF WATERCREST INVESTMENTS FOR RELIEF FROM THE AUTOMATIC STAY

    Mr. Foley filed this case on September 10, 2014. On October 8, Watercrest Investments filed an amended motion for relief from the automatic stay. CM-ECF, No. 32.

    Because Mr. Foley had a previous case pending within the last year and never moved to continue the automatic stay, the automatic stay terminated as to all Mr. Foley's creditors thirty days after the petition date on October 10. See 11 U.S.C. §362(c)(3); CM-ECF, No. 102, 2.

    Therefore, IT IS ORDERED that the motion of Watercrest Investments for relief from the automatic stay is DENIED as moot.

#####