```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
```

In re:                                                                Case No. 14-31425-gmh
William J. Foley                                                      Chapter 7
         Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0757-2           User: lmi              Page 1 of 1          Date Rcvd: Mar 30, 2015
                               Form ID: pdfhrg        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2015.
```
db           +William J. Foley,    11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049
aty          +Levy & Levy, S.C.,   N61 W6058 Columbia Road,   Cedarburg, WI 53012-2032
cr           +Marc Rassbach,    PO Box 39,   Milwaukee, WI 53201-0039
credaty      +Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler Law Office, S.C.,
               7000 West North Avenue,   Wauwatosa, WI 53213-1943
cr           +Watercrest Investments,    924 E. Juneau Avenue,   Milwalukee, WI 53202-2748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2015                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2015 at the address(es) listed below:
```
              Amy J. Ginsberg    on behalf of U.S. Trustee   Office of the U. S. Trustee
               amy.j.ginsberg@usdoj.gov, Carrie.Jekelis@usdoj.gov
              Brent D. Nistler    on behalf of Creditor Attorney   Sandwich Kings, LLC, d/b/a Suburpia, et al.
               bnistler@nistlerlaw.com, jshepard@nistlerlaw.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              R. Douglas Stansbury    on behalf of Attorney   Levy & Levy, S.C. dstans@levyandlevy.com,
               jfatla@levyandlevy.com
              Robert N. Meyeroff    on behalf of Creditor   Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                             TOTAL: 7
```

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 29, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

William J. Foley,   Case No. 14-31425-GMH

Debtor.   Chapter 7

**ORDER ON MOTION OF WATERCREST INVESTMENTS FOR RELIEF FROM THE AUTOMATIC STAY**

Mr. Foley filed this case on September 10, 2014. On October 8, Watercrest Investments filed an amended motion for relief from the automatic stay. CM-ECF, No. 32.

Because Mr. Foley had a previous case pending within the last year and never moved to continue the automatic stay, the automatic stay terminated as to all Mr. Foley's creditors thirty days after the petition date on October 10. See 11 U.S.C. §362(c)(3); CM-ECF, No. 102, 2.

Therefore, IT IS ORDERED that the motion of Watercrest Investments for relief from the automatic stay is DENIED as moot.

#####