UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: William J. Foley, <br> Debtor. | Case No. 14−31425−gmh <br> Chapter 7 |

## NOTICE OF PRELIMINARY HEARING

TO: William J. Foley

Trustee Douglas F. Mann
Attorney R. Douglas Stansbury
Attorney H. Ben Levy

**PLEASE TAKE NOTICE** that a hearing on the chapter 7 trustee's motion for a rule 2004 examination of Frank Trummer and Mid−American Seasoning, Inc. will be held on **April 22, 2015, at 01:45 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414−290−2680), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

Dated: April 6, 2015

BY THE COURT:

G. Michael Halfenger
United States Bankruptcy Judge