UNITED STATES BANKRUPTCY COURT       EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF:                            Case No. 14-31425 gmh

WILLIAM J. FOLEY                              Chapter 7

        Debtor(s).

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) and 11 U.S.C. § 342(e), Hanson & Payne, LLC, as attorneys for Mid-America Seasoning, Inc. ("Mid-America"), a creditor in the above-captioned case, requests that all notices given or required to be given in this case be given to Mid-America via first class mail to:

    Mid-America Seasoning, Inc.
    Attn: Frank Trummer
    PO Box Ninth Ave.
    Grafton, Wisconsin 53024

and by electronic means to their attorneys, Hanson & Payne, LLC.

Dated this 7th day of April, 2015.

                                          HANSON & PAYNE, LLC
                                          Attorneys for Mid-America Seasoning, Inc.

                                          /s/ Benjamin Payne
                                          State Bar No. 1041478

*P.O. Address:*
*740 N. James Lovell St.*
*Milwaukee, Wisconsin 53233*
*(414) 271-4550 Phone*
*(414) 271-7731 Fax*
*bpayne@hansonpayne.com*