UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                              CASE NO. 14-31425-GMH
                                                                      (Chapter 7)

WILLIAM J. FOLEY

                               Debtor

## WITHDRAWAL OF REQUEST FOR RESCHEDULING OF HEARING ON MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS

NOW COMES, Douglas F. Mann, Trustee and withdraws the Request filed with the Court on April 3, 2015 based upon the Notice of Abandonment filed on April 7, 2015.

WHEREFORE, Trustee withdraws his request of rescheduling of hearing and requests the hearing set for April 22, 2015 at 1:45pm before the Court be removed from the Court's calendar.

Dated at Milwaukee, Wisconsin, this 8th day of April, 2015

                                                         /s/ Douglas F. Mann
                                                         DOUGLAS F. MANN
                                                         Chapter 7 Trustee

Douglas F. Mann
Chapter 7 Trustee
740 North Plankinton Ave., #210
Milwaukee, Wisconsin 53203
(414) 276-5355 (telephone)
(414) 276-5350 (facsimile)

blb

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  CASE NO. 14-31425-GMH
(Chapter 7)

WILLIAM J. FOLEY

      Debtor

## CERTIFICATE OF SERVICE BY MAIL

I, BETH BERTRAM, of the law offices of Douglas F. Mann, Attorney at Law, 740 North Plankinton Avenue, Suite 210, Milwaukee, Wisconsin, 53203-2403, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 8th day of April 2015 I served a copy of the within *Withdrawal* on the following parties via electronic service or First Class Mail:

| | |
|---|---|
| U. S. Trustee | Mr. William J. Foley<br>11400 West Bluemound Road, Suite 300<br>Brookfield, Wisconsin 53226 |
| Nistler & Condon, SC<br>7000 West North Avenue<br>Wauwatosa, Wisconsin 53213 | Mr. Marc Rassbach<br>PO Box 39<br>Milwaukee, Wisconsin 53201-0039 |
| Mr. H. Ben Levy<br>Attorney at Law<br>N61 W6058 Columbia Road<br>P.O. Box 127<br>Cedarburg, Wisconsin 53012 | Hanson & Payne, LLC<br>Mr. Benjamin P. Payne<br>740 North James Lovell Street<br>Milwaukee, Wisconsin 53233 |

EXECUTED ON: April 8, 2015

_____
BETH BERTRAM