```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
          Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2      User: saa              Page 1 of 1              Date Rcvd: Apr 06, 2015
                          Form ID: hrntgmh1      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2015.
db              +William J. Foley,   11400 W. Bluemound Road,   Suite 300,   Brookfield, WI 53226-4049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee
               amy.j.ginsberg@usdoj.gov, Carrie.Jekelis@usdoj.gov
              Brent D. Nistler    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               bnistler@nistlerlaw.com, jshepard@nistlerlaw.com
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              R. Douglas Stansbury    on behalf of Attorney    Levy & Levy, S.C. dstans@levyandlevy.com,
               jfatla@levyandlevy.com
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: William J. Foley,            Case No. 14−31425−gmh
           Debtor.            Chapter 7

## NOTICE OF PRELIMINARY HEARING

TO:     William J. Foley            Trustee Douglas F. Mann
                                         Attorney R. Douglas Stansbury
                                         Attorney H. Ben Levy

**PLEASE TAKE NOTICE** that a hearing on the chapter 7 trustee's motion for a rule 2004 examination of Frank Trummer and Mid−American Seasoning, Inc. will be held on **April 22, 2015, at 01:45 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

William J. Foley is required to attend and participate in this hearing.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414−290−2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.


Dated: April 6, 2015                                   BY THE COURT:

                                                        G. Michael Halfenger
                                                        United States Bankruptcy Judge