UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF:     Case No. 14-31425-gmh

    WILLIAM J. FOLEY     Chapter 7

    Debtor(s).

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN     )
                               ) ss
MILWAUKEE COUNTY     )

Ashley McCormick, being first duly sworn on oath, deposes and says that on the 7th day of April, 2015, she mailed a copy of the Entry of Appearance and Request for Service of Notices to the following:

*PLEASE SEE ATTACHED LIST*

That said documents were properly enclosed in a U.S. mail postage paid wrapper, with return address noted thereon in case of non-delivery.

_____
Ashley McCormick

Subscribed and sworn to before me this 9th day of April, 2015.

_____
Notary Public, Milwaukee County, Wis.
My commission expires _____.

```
Label Matrix for local noticing          Levy & Levy, S.C.                       Sandwich Kings, LLC, d/b/a Suburpia, et al.
0757-2                                    N61 W6058 Columbia Road                 Nistler Law Office, S.C.
Case 14-31425-gmh                         Cedarburg, WI 53012-2032                7000 West North Avenue
Eastern District of Wisconsin                                                     Wauwatosa, WI 53213-1943
Milwaukee
Tue Apr  7 11:17:00 CDT 2015
United States Attorney's Office           Watercrest Investments                  Wisconsin Department Of Revenue
517 E. Wisconsin Ave.                     924 E. Juneau Avenue                    Special Procedures Unit
Room 530                                  Milwalukee, WI 53202-2748               P.O. Box 8901
Milwaukee, WI 53202-4509                                                          Madison, WI 53708-8901


Wisconsin Dept. Of Revenue                Danny K. Laabs                          George Papas
Special Procedures Unit                   3831 N. Willis Place                    6055 S. Howell Ave
P.O. Box 8902                             Milwaukee, WI 53222-2547                Milwaukee, WI 53207-6233
Madison, WI 53708-8902


Internal Revenue Service                  Joan M. Shepard                         Office of the U. S. Trustee
PO Box 7346                               7000 W. North Avenue                    517 East Wisconsin Ave.
PHILADELPHIA, PA 19101-7346               Wauwatosa, WI 53213-1943                Room 430
                                                                                  Milwaukee, WI 53202-4510


Sandwich Kings, LLC et al.                US Foods, Inc.                          Watercrest Investments
7000 W. North Avenue                      Kohner, Mann & Kailas, S.C.             c/o Attorney Robert Meyeroff
Wauwatosa, WI 53213-1943                  4650 N. Port Washington Road            633 w. Wisconsin Ave., Suite 605
                                          2nd Floor North                         Milwaukee, WI 53203-1925
                                          Milwaukee, WI 53212-1077


Wisconsin Department of Revenue           Wisconsin Department of Revenue         Attn: Frank Trummer Mid-America Seasoning, I
Attn: Special Procedures, MS 4-SPU        PO Box 8901                             P.O. Box Ninth Ave.
PO BOX 8901                               Madison, WI 53708-8901                  Grafton, WI 53024
Madison WI 53708-8901


Douglas P. Mann                           Marc Rassbach                           William J. Foley
740 North Plankinton Avenue               PO Box 39                               11400 W. Bluemound Road
Suite 210                                 Milwaukee, WI 53201-0039                Suite 300
Milwaukee, WI 53203-2403                                                          Brookfield, WI 53226-4049


End of Label Matrix
Mailable recipients     20
Bypassed recipients      0
Total                   20
```