# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

WILLIAM J. FOLEY            CASE NO. 14-31425-GMH
                                                    (Chapter 7)

        Debtor

## STIPULATION TO SUBSTITUTE COUNSEL

IT IS HEREBY STIPULATED by and between HANSON & PAYNE, LLC and LEVY & LEVY, S.C., by their respective undersigned counsel, that an Order may be entered by the Court without further notice to any party, substituting HANSON & PAYNE, LLC as counsel for Mid-America Seasoning, Inc.

Dated this 23rd day of April, 2015.

                                       HANSON & PAYNE, LLC

                                       /s/ Benjamin Payne
                                          Attorney Benjamin Payne
                                          State Bar No. 1041478

Dated this 23rd day of April, 2015.

                                       LEVY & LEVY S.C.

                                       /s/ R. Douglas Stansbury
                                          R. Douglas Stansbury
                                          State Bar No. 1023284

                                       /s/ H. Ben Levy
                                          H. Ben Levy
                                          State Bar No. 1000521

**EXHIBIT A**