THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 29, 2015


G. Michael Halfenger
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF WISCONSIN**

In re:

WILLIAM J. FOLEY                             CASE NO. 14-31425-GMH
                                             (Chapter 7)
       Debtor

**ORDER**

    Upon the stipulation attached hereto as Exhibit A, IT IS HEREBY ORDERED that Hanson & Payne, LLC is now counsel of record for interested party Mid-America Seasoning, Inc., replacing former counsel Levy & Levy, S.C.  Levy & Levy, S.C. is dismissed from the matter without further notice; and Levy & Levy S.C. shall be removed from receiving any further pleadings and/or notices in this matter.

#####

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

WILLIAM J. FOLEY                  CASE NO. 14-31425-GMH
                                                                (Chapter 7)

         Debtor

## STIPULATION TO SUBSTITUTE COUNSEL

IT IS HEREBY STIPULATED by and between HANSON & PAYNE, LLC and LEVY & LEVY, S.C., by their respective undersigned counsel, that an Order may be entered by the Court without further notice to any party, substituting HANSON & PAYNE, LLC as counsel for Mid-America Seasoning, Inc.

Dated this 23rd day of April, 2015.

                                        HANSON & PAYNE, LLC

                                        /s/ Benjamin Payne
                                              Attorney Benjamin Payne
                                              State Bar No. 1041478

Dated this 23rd day of April, 2015.

                                        LEVY & LEVY S.C.

                                        /s/ R. Douglas Stansbury
                                              R. Douglas Stansbury
                                              State Bar No. 1023284

                                        /s/ H. Ben Levy
                                              H. Ben Levy
                                              State Bar No. 1000521

**EXHIBIT A**