```
                         United States Bankruptcy Court
                         Eastern District of Wisconsin
In re:                                                        Case No. 14-31425-gmh
William J. Foley                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0757-2          User: lmi                  Page 1 of 1           Date Rcvd: Apr 28, 2015
                              Form ID: pdfhrg            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2015.
db           +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
aty          +Levy & Levy, S.C.,    N61 W6058 Columbia Road,    Cedarburg, WI 53012-2032
cr            Attn: Frank Trummer Mid-America Seasoning, Inc.,    P.O. Box Ninth Ave.,    Grafton, WI   53024
cr           +Marc Rassbach,    PO Box 39,    Milwaukee, WI 53201-0039
credaty      +Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler Law Office, S.C.,
               7000 West North Avenue,    Wauwatosa, WI 53213-1943
cr           +Watercrest Investments,    924 E. Juneau Avenue,    Milwaukee, WI 53202-2748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee
               amy.j.ginsberg@usdoj.gov, Carrie.Jekelis@usdoj.gov
              Benjamin P. Payne    on behalf of Creditor Attn: Frank Trummer   Mid-America Seasoning, Inc.
               bpayne@hansonpayne.com,
               hpmyecf@gmail.com;kn@hansonpayne.com;hpmyecf@gmail.com;am@hansonpayne.com;hpigotnotices@gmail.com
              Brent D. Nistler    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               bnistler@nistlerlaw.com, jshepard@nistlerlaw.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Douglas F. Mann    dfmatty@aol.com, dfmann@ecf.epiqsystems.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              R. Douglas Stansbury    on behalf of Attorney    Levy & Levy, S.C. dstans@levyandlevy.com,
               jfatla@levyandlevy.com
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                               TOTAL: 8
```

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 27, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:

      William Foley,                     Case No. 14-31425-GMH

             Debtor.                     Chapter 7
_____

**ORDER SETTING HEARING ON (1) STATUS OF CHAPTER 7 CASE; (2) MARC RASSBACH'S MOTION FOR DETENTION OF MR. FOLEY AT HIS LIBERTY; (3) MARC RASSBACH'S MOTION FOR APPLE AS A THIRD PARTY TO UNLOCK IPAD; AND (4) MARC RASSBACH'S OBJECTION TO ABANDONMENT OF RECIPES**
_____

      On March 27, 2015, the court entered an order denying the debtor's discharge. CM-ECF Doc. No. 202. On April 7, 2015, the chapter 7 trustee filed a notice of proposed abandonment of certain recipes. CM-ECF Doc. No. 209.

      On April 22, 2015, Marc Rassbach filed (1) a motion for detention of Mr. Foley at his liberty (CM-ECF Doc. No. 214); (2) Motion for Apple as a third party to unlock Ipad (CM-ECF Doc. No. 215); and (4) Objection to Abandonment of Recipes (Doc No. 216) (collectively, the "Rassbach Motions").

      IT IS ORDERED that a hearing on the status of this chapter 7 case and the Rassbach Motions will be held on **June 10, 2015, at 11:30 a.m. in Room 133** of the United States Courthouse.

IT IS FURTHER ORDERED that the chapter 7 trustee must be prepared to report on the status of the chapter 7 case and whether there are any assets to administer in the case.

#####