```
                        United States Bankruptcy Court
                         Eastern District of Wisconsin
```

In re:                                                              Case No. 14-31425-gmh
William J. Foley                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2          User: lmi             Page 1 of 1              Date Rcvd: Apr 30, 2015
                              Form ID: pdfhrg       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2015.
db            +William J. Foley,    11400 W. Bluemound Road,    Suite 300,    Brookfield, WI 53226-4049
aty           +Levy & Levy, S.C.,    N61 W6058 Columbia Road,    Cedarburg, WI 53012-2032
cr             Attn: Frank Trummer Mid-America Seasoning, Inc.,     P.O. Box Ninth Ave.,    Grafton, WI   53024
credaty       +Sandwich Kings, LLC, d/b/a Suburpia, et al.,    Nistler Law Office, S.C.,
                7000 West North Avenue,    Wauwatosa, WI 53213-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2015 at the address(es) listed below:
              Amy J. Ginsberg    on behalf of U.S. Trustee    Office of the U. S. Trustee
               amy.j.ginsberg@usdoj.gov, Carrie.Jekelis@usdoj.gov
              Benjamin P. Payne    on behalf of Creditor Attn: Frank Trummer  Mid-America Seasoning, Inc.
               bpayne@hansonpayne.com,
               hpmyecf@gmail.com;kn@hansonpayne.com;hpmyecf@gmail.com;am@hansonpayne.com;hpigotnotices@gmail.com
              Brent D. Nistler    on behalf of Creditor Attorney    Sandwich Kings, LLC, d/b/a Suburpia, et al.
               bnistler@nistlerlaw.com,    jshepard@nistlerlaw.com
              Douglas F. Mann    on behalf of Trustee Douglas F. Mann dfmatty@aol.com,
               dfmann@ecf.epiqsystems.com
              Douglas F. Mann    dfmatty@aol.com,   dfmann@ecf.epiqsystems.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              R. Douglas Stansbury    on behalf of Attorney    Levy & Levy, S.C. dstans@levyandlevy.com,
               jfatla@levyandlevy.com
              Robert N. Meyeroff    on behalf of Creditor    Watercrest Investments rmeyeroff633@sbcglobal.net
                                                                                               TOTAL: 8

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 29, 2015

G. Michael Halfenger
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF WISCONSIN**

In re:

WILLIAM J. FOLEY  CASE NO. 14-31425-GMH
 (Chapter 7)
       Debtor

**ORDER**

Upon the stipulation attached hereto as Exhibit A, IT IS HEREBY ORDERED that Hanson & Payne, LLC is now counsel of record for interested party Mid-America Seasoning, Inc., replacing former counsel Levy & Levy, S.C. Levy & Levy, S.C. is dismissed from the matter without further notice; and Levy & Levy S.C. shall be removed from receiving any further pleadings and/or notices in this matter.

#####

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

WILLIAM J. FOLEY  CASE NO. 14-31425-GMH
 (Chapter 7)
       Debtor

**STIPULATION TO SUBSTITUTE COUNSEL**

IT IS HEREBY STIPULATED by and between HANSON & PAYNE, LLC and LEVY & LEVY, S.C., by their respective undersigned counsel, that an Order may be entered by the Court without further notice to any party, substituting HANSON & PAYNE, LLC as counsel for Mid-America Seasoning, Inc.

Dated this 23rd day of April, 2015.

    HANSON & PAYNE, LLC

    /s/ Benjamin Payne
      Attorney Benjamin Payne
      State Bar No. 1041478

Dated this 23rd day of April, 2015.

    LEVY & LEVY S.C.

    /s/ R. Douglas Stansbury
      R. Douglas Stansbury
      State Bar No. 1023284

    /s/ H. Ben Levy
      H. Ben Levy
      State Bar No. 1000521

**EXHIBIT A**