THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 19, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:

    William Foley,                                  Case No. 14-31425-GMH

            Debtor.                                Chapter 7
_____

**ORDER RESCHEDULING HEARING ON (1) STATUS OF CHAPTER 7 CASE; (2) MARC RASSBACH'S MOTION FOR DETENTION OF MR. FOLEY AT HIS LIBERTY; (3) MARC RASSBACH'S MOTION FOR APPLE AS A THIRD PARTY TO UNLOCK IPAD; AND (4) MARC RASSBACH'S OBJECTION TO ABANDONMENT OF RECIPES**
_____

      On March 27, 2015, the court entered an order denying the debtor's discharge. CM-ECF Doc. No. 202. On April 7, 2015, the chapter 7 trustee filed a notice of proposed abandonment of certain recipes. CM-ECF Doc. No. 209.

      On April 22, 2015, Marc Rassbach filed (1) a motion for detention of Mr. Foley at his liberty (CM-ECF Doc. No. 214); (2) Motion for Apple as a third party to unlock Ipad (CM-ECF Doc. No. 215); and (3) Objection to Abandonment of Recipes (Doc No. 216) (collectively, the "Rassbach Motions").

      On April 27, 2015, the court issued an order scheduling a hearing on the status of the chapter 7 case and a hearing on the Rassbach Motions for June 10, 2015, at 11:30 a.m. CM-ECF Doc. No. 218.

On May 14, 2015, Mr. Rassbach wrote a letter requesting that the court adjourn these hearings to provide Mr. Rassbach with additional time to personally serve the debtor with notice of these hearings. CM-ECF Doc. No. 223.

Based on Mr. Rassbach's request, IT IS ORDERED that the hearing on the status of this chapter 7 case and the Rassbach Motions is hereby rescheduled from June 10, 2015, at 11:30 a.m. to **July 30, 2015, at 3:00 p.m.** in **Courtroom 133** of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin.

IT IS FURTHER ORDERED that the chapter 7 trustee must be prepared to report on the status of the chapter 7 case and whether there are any assets to administer in the case.

#####